IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JONATHAN D. ASTOR, et al.

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

Case No. 05-248C
(Judge Williams)

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

In accordance with Rule 15(a) of the Rules of the United States Court of Federal Claims, plaintiffs respectfully submit this unopposed motion to file their Fifth Amended Complaint. The reasons supporting plaintiffs' motion are set forth below:

1. Plaintiffs brought this action as a collective action in accordance with 29 U.S.C. § 216(b) of the Fair Labor Standards Act ("FLSA") on behalf of themselves and all others similarly situated against the defendant because of defendant's unlawful deprivation of plaintiffs' rights to overtime compensation.

2. Plaintiffs seek to amend their complaint to add one plaintiff. Anthony M. Cascio is similarly situated to the original plaintiffs in that he is an employee of the defendant United States Government employed as a firearms instructor at the Federal Law Enforcement Training Center in Glynco, Georgia in a GS-13 position. Similar to the other plaintiffs, he does not receive overtime pay under the Fair Labor Standards Act.

3. It is in the interest of efficiency to allow Instructor Cascio to be added to this case. If this motion is to be denied, he will be required to file a new case which will cost unnecessary expense to him and ultimately to the Government in the event that he prevails because the Government will be liable for all of his reasonable attorneys' fees and expenses pursuant to Section 216(b) of the FLSA. If Instructor Cascio is allowed to pursue his claim in this case, unnecessary expenses such as additional copying costs, transcript costs, and filing fees can be avoided.

4. Allowing Instructor Cascio to be added to this case promotes judicial economy. Indeed, allowing him to be added to this case will prevent additional and unnecessary work by plaintiffs' counsel as well as defendant's counsel by eliminating the need for counsel for the parties to file additional papers. Granting plaintiffs' motion will also help the parties avoid repetitive discovery and duplication of effort with respect to all matters related to this litigation.

5. Allowing Instructor Cascio and other similarly situated employees to join ***this*** case, as opposed to requiring them to file new, individual cases serves important goals such as avoiding a multiplicity of duplicative suits and setting deadlines to expedite disposition of the action. Hoffman-LaRoche, Inc. v. Sperling, 493 U.S. 165 at 172; Braunstein v. Eastern Photographic Laboratories, Inc., 600 F.2d 333, 336 (2nd Cir. 1978); Realite v. Ark Restaurants Corp., 7 F. Supp.2d 303, 306 (S.D.N.Y. 1998); Belcher v. Shoney's Inc., 927 F. Supp. 249, 251 (M.D. Tenn. 1996). As the Supreme Court has explained:

> A collective action allows . . . plaintiffs the advantage of lower individual costs to vindicate rights by the pooling of resources. The judicial system benefits by efficient resolution in one proceeding of common issues of law and fact arising from the same alleged [illegal] activity. . . . It follows, that once an [FLSA] action is filed the court has a managerial responsibility to oversee the joinder of additional parties to assure that the task is accomplished in an efficient and proper way.

Hoffman-LaRoche, at 170-71. Thus, allowing Mr. Cascio to join this case fulfills the broad remedial purposes of the FLSA. Id., at 172.

6. The addition of Instructor Cascio will not interfere with nor delay any of the deadlines in this case.

7. The addition of instructors to this lawsuit is covered by the parties' Joint Preliminary Status Report, paragraph f.

8. To participate in this action, similarly situated employees must "opt-in" by filing a written consent to participate in this lawsuit. FLSA, 29 U.S.C. § 216(b). Plaintiffs' Fifth Amended Complaint is attached hereto. The only modification to the complaint is the addition of Instructor Cascio who has given his consent to sue. His Consent to Sue form is filed with Plaintiffs' Fifth Amended Complaint.

Respectfully submitted,

Dated: January 18, 2006

/s/Molly A. Elkin

Molly A. Elkin
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855

Counsel of Record