# In the United States Court of Federal Claims

No. 05-248C

(Filed: January 30, 2006)

| | |
|---|---|
| *************************************** | * |
| | * |
| JONATHAN D. ASTOR, *et al*., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *************************************** | * |

ORDER

On January 18, 2006, Plaintiff filed with the Court an Unopposed Motion for Leave to Amend Complaint. Accordingly:

1. Plaintiff's Motion is granted;

2. Plaintiff is reminded of the December 5, 2005 Order reassigning this case to the undersigned, and requested to caption future filings accordingly.

**IT IS SO ORDERED.**

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge