IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JONATHAN ASTOR, ET. AL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-248C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SECOND UNOPPOSED MOTION FOR
EXTENSION OF TIME TO COMPLETE DISCOVERY

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court modify its order dated January 17, 2006, to enlarge the period provided for conducting fact discovery by sixty (60) days from June 30, 2006, to and including August 30, 2006. This is defendant's second request for an enlargement of time for this purpose. The previous request was for an extension of 166 days. Counsel for the plaintiffs, Molly Elkin, has stated that plaintiffs do not oppose this motion.

This enlargement is requested for two reasons. First, this case was transferred to the undersigned trial attorney on April 27, 2006, from Paul Wellons, whose last day at the National Courts Section was April 28, 2006. We request additional time for new counsel to become familiar with the case, which involves 45 named plaintiffs. In addition, matters in this Court and the United States Court of Appeals for the Federal Circuit have significantly limited counsel's time to complete discovery. Since being assigned this case, counsel has dealt with the following matters: preparing and filing formal briefs in the United States Court of Appeals for the Federal Circuit for Light v. SBA, No. 06-3120 and General Dynamics Decision Systems, Inc. v. United States, No. 06-1191. In this Court, counsel has been engaged in preparing for and participating

in oral argument and supplemental briefing in bid protest Cygnus Corporation v. United States, No. 05-1313 (Judge Baskir), as well as preparing for another bid protest, Exide Technologies v. United States, No. 06-413 (Judge G. Miller).

Second, additional time is necessary to complete thorough discovery. The parties are working together to complete discovery. The United States is in the process of producing pay records for all of the plaintiffs between now and June 12, 2006. The plaintiffs have given notice to take depositions of defendant's employees in late June in Glynco, Georgia. The defendant anticipates deposing several of the plaintiffs in conjunction with the plaintiffs' depositions. Additional time is requested for those depositions and to complete outstanding document requests.

For the reasons stated above, defendant respectfully requests that the Court grant this request to modify the scheduling order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 514-8624

June 2, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 2, 2006, a copy of the foregoing “Defendant’s Second Unopposed Motion For an Extension of Time to Complete Discovery” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan