# In the United States Court of Federal Claims

No. 05-248C

(Filed: June 5, 2006)

```
****************************************** *
                                           *
JONATHAN D. ASTOR, et al.,                 *
                                           *
                    Plaintiffs,            *
                                           *
 v.                                        *
                                           *
THE UNITED STATES,                         *
                                           *
                    Defendant.             *
                                           *
****************************************** *
```

ORDER

On June 2, 2006, counsel for Defendant filed with the Court a Second Unopposed Motion For Extension Of Time requesting an additional sixty days, to and including August 30, 2006 to complete discovery. Defendant having shown good cause for the enlargement, the Motion is GRANTED.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge