IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JONATHAN ASTOR, ET. AL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-248C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR A STAY OF PROCEEDINGS

The parties respectfully submit this joint motion for a stay in proceedings for a period of sixty (60) days in order for the parties to explore possible settlement options. Pursuant to the Court's June 5, 2006 order, the discovery period ended on August 30, 2006.

During the discovery period, the defendant has produced over 14,000 pages of documents in response to the plaintiffs' discovery requests. Counsel for the plaintiffs has taken the depositions of four Rule 30(b)(6) witnesses employed by the Federal Law Enforcement Training Center ("FLETC"). The parties have informally discussed options regarding a possible settlement of this matter and would like to pursue these options.

During the stay, time will be used to review payroll and travel records and to calculate each of the forty-six plaintiffs' claims. If settlement discussions are fruitful, time will also be needed in order to obtain any necessary authorization from the Department of Homeland Security and the Department of Justice to settle this case.

It is well established that the Court has the authority to stay proceedings in cases before it. As the Supreme Court stated in Landis v. North American Co.,:

> The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket

> with economy of time and effort for itself, for counsel, and for litigants. How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance.

299 U.S. 248, 254 (1936). A stay of these proceedings to allow the parties to explore settlement options will also promote judicial efficiency as well as limit the burden and expense of the litigating parties.

For the reasons stated above, the parties respectfully request that this Court stay proceedings for a period of sixty (60) days in order for the parties to pursue possible settlement. In the event that this Court grants the parties' motion, the parties propose that they submit a joint status report informing the Court of their progress sixty (60) days from the day of the Court's order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

S/Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 Fifteenth St., N.W.
Suite 400
Washington, D.C. 20005
Tele: (202) 833-8855
Fax: (202) 452-1090

Attorney for Plaintiffs

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 514-8624

Attorneys for Defendant

September 6, 2006

CERTIFICATE OF FILING

I hereby certify that on September 6, 2006, a copy of the foregoing "Joint Motion for a Stay of Proceedings" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan