# In the United States Court of Federal Claims

No. 05-248C

(Filed: September 7, 2006)

```
*************************************** *
                                        *
JONATHAN D. ASTOR, et al.,              *
                                        *
                    Plaintiffs,         *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant.          *
                                        *
*************************************** *
```

ORDER

On September 6, 2006, counsel for the parties filed with the Court a Joint Motion for a Stay of Proceedings for a period of 60 days while the parties pursue a settlement.

For good cause shown, the parties' motion is GRANTED. All proceedings in this case shall be suspended until November 6, 2006, by which date the parties shall submit a Joint Status Report informing the Court of the progress of settlement discussions.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge