IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JONATHAN ASTOR, ET. AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-248 |
| | ) | |
| THE UNITED STATES, | ) | (Judge Wheeler) |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

The parties respectfully submit this joint status report informing the Court of the progress of settlement negotiations, pursuant to this Court's September 7, 2006 order. During the pendency of the stay, plaintiffs' counsel has proposed certain terms for a potential offer for settlement. Counsel and management for FLETC, the agency, and the Department of Justice have reviewed these terms and continue to evaluate the proposal.

The parties believe that a continuance of the stay of proceedings for thirty (30) days will allow the parties to determine whether they can resolve this matter through settlement or whether this Court should enter a scheduling order to resume Court proceedings. The parties propose that they submit a joint status report informing the Court of their progress thirty (30) days from the date of the Court's order.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Franklin E. White, Jr.
FRANKLIN E. WHITE, Jr.

S/Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 Fifteenth St., N.W.
Suite 400
Washington, D.C. 20005
Tele: (202) 833-8855
Fax: (202) 452-1090

Attorney for Plaintiffs

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 514-8624

Attorneys for Defendant

November 6, 2006

CERTIFICATE OF FILING

I hereby certify that on November 6, 2006, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

S/Tara K. Hogan