# In the United States Court of Federal Claims

No. 05-248C

(Filed: November 7, 2006)

```
**************************************** *
                                         *
JONATHAN D. ASTOR, et al.,               *
                                         *
                    Plaintiffs,          *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant.           *
                                         *
**************************************** *
```

ORDER

On November 6, 2006, counsel for the parties filed with the Court a Joint Status Report requesting a continuance of the stay of proceedings for an additional 30 days while the parties continue to pursue a settlement.

For good cause shown, the parties' motion is GRANTED. All proceedings in this case shall be suspended until December 6, 2006, by which date the parties shall submit a Joint Status Report informing the Court of the progress of settlement discussions.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge