IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JONATHAN ASTOR, ET. AL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-248C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

The parties respectfully submit this joint status report informing the Court of the progress of settlement negotiations, pursuant to this Court's November 7, 2006 order. On November 27, 2006, plaintiffs' counsel extended a written offer in compromise to the Government. Counsel for the defendant has submitted this offer, along with a recommendation, for supervisory review, after which the recommendation and offer will be submitted to the authorized representative of the Attorney General for a decision.

The parties propose that this Court extend the current stay for an additional thirty (30) days. This additional time will allow the parties to determine whether the offer will be approved. The parties propose that they will file a joint status report thirty days from this date, informing the Court of their progress and the parties' recommendations regarding further action in this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

S/Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 Fifteenth St., N.W.
Suite 400
Washington, D.C. 20005
Tele: (202) 833-8855
Fax: (202) 452-1090

Attorney for Plaintiffs

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 514-8624

Attorneys for Defendant

December 6, 2006

CERTIFICATE OF FILING

I hereby certify that on December 6, 2006, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan