IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JONATHAN ASTOR, ET. AL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-248C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

The parties respectfully submit this joint status report informing the Court of the progress of settlement negotiations, pursuant to this Court's December 11, 2006 order. The parties are not able to reach settlement of this case at this time and do not contemplate further stays of scheduling for this purpose. Accordingly, the parties request that the Court enter a scheduling order providing for the following deadlines to complete previously served discovery, including previously noticed depositions, and for the parties to file dispositive motions, if any:

1. Responses to previously served discovery and previously scheduled depositions will conclude no later than March 31, 2007.

2. Dispositive motions, if any, will be filed no later than April 30, 2007.

3. If no dispositive motions are filed by May 1, 2007, the parties will submit a joint status report on that date informing the Court of anticipated proceedings and to propose a post-discovery conference pursuant to the Appendix A ¶ 11 of the Rules of the Court of Federal Claims.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

S/Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 Fifteenth St., N.W.
Suite 400
Washington, D.C. 20005
Tele: (202) 833-8855
Fax: (202) 452-1090

Attorney for Plaintiffs

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 514-8624

Attorneys for Defendant

January 5, 2007

CERTIFICATE OF FILING

I hereby certify that on January 5, 2007, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan