# In the United States Court of Federal Claims

No. 05-248C

(Filed: January 10, 2007)

```
************************************ *
                                     *
JONATHAN D. ASTOR, et al.,           *
                                     *
                   Plaintiffs,       *
                                     *
 v.                                  *
                                     *
THE UNITED STATES,                   *
                                     *
                   Defendant.        *
                                     *
************************************ *
```

SCHEDULING ORDER

On January 5, 2007, counsel for the parties filed with the Court a Joint Status Report indicating their inability to reach a settlement agreement in this matter and requesting a scheduling order for further proceedings before the Court. With the assistance of counsel, the Court has established the following schedule:

1. Responses to previously served discovery and previously scheduled depositions shall conclude on or before March 31, 2007;

2. Dispositive motions, if any, shall be filed on or before April 30, 2007;

3. If neither party has filed a dispositive motion by May 1, 2007, the parties shall submit a joint status report on that date informing the Court of the anticipated proceedings, and proposing a post-discovery conference pursuant to Appendix A, ¶ 11 of the Rules of the Court of Federal Claims.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge