IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JONATHAN ASTOR, ET. AL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 04-248C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION TO REVISE SCHEDULING ORDER

Pursuant to Rule 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims, the parties respectfully request that the Court modify its scheduling order dated January 10, 2007, to enlarge the period in which to file dispositive motions and to provide a full briefing schedule. Dispositive motions are currently due on April 30, 2007.

Pursuant to the January 10, 2007 scheduling order, fact discovery in this matter ended on March 30, 2007. Since the parties last reported to the Court, the defendant has deposed four named plaintiffs and has produced supplemental documents in response to the plaintiffs' request for production of documents. Counsel for the plaintiffs has identified certain updated pay documentation that is outstanding and which the defendant will produce expeditiously.

The parties now believe that they will proceed with summary judgment motions pursuant to Rule 56. Counsel for the parties have responsibilities in other cases before this Court and others that will preclude them from submitting summary judgment motions by the current deadline. Specifically, counsel for the plaintiffs has a two week jury trial scheduled to begin on April 30, 2007 in Jackson, MS, for which she will have to devote substantial time in preparation and during the course of the trial. Counsel for both parties also have other substantive briefs and

motions due which will prevent them from being able to thoroughly prepare summary judgment motions by April 30, 2007.

Counsel for the parties believe that their proposed scheduling order will allow the parties to streamline their arguments in a more cogent and responsive manner, which will be of benefit to both the parties and to the Court. Accordingly, the parties propose the following briefing schedule:

| Action | Due Date |
|---|---|
| Defendant's Motion for Summary Judgment | May 18, 2007 |
| Plaintiffs' Opposition to Defendant's Motion/ Cross Motion for Summary Judgment | June 15, 2007 |
| Defendant's Opposition to Plaintiffs' Motion/ Reply to Plaintiff's Response | June 29, 2007 |
| Plaintiffs' Reply to Defendant's Response | July 13, 2007 |

For the reasons stated above, the parties respectfully request that the Court modify the January 10, 2007 scheduling order to reflect the proposed briefing schedule.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

S/Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 Fifteenth St., N.W.
Suite 400
Washington, D.C. 20005
Tele: (202) 833-8855
Fax: (202) 452-1090

Attorney for Plaintiff

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 305-7643

Attorneys for Defendant

April 13, 2007

CERTIFICATE OF FILING

I hereby certify that on April 13, 2007, a copy of the foregoing "Joint Motion for Scheduling Order" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan