# In the United States Court of Federal Claims

No. 05-248C

(Filed: April 18, 2007)

```
*************************************** *
                                        *
JONATHAN D. ASTOR, et al.,              *
                                        *
                    Plaintiffs,         *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant.          *
                                        *
*************************************** *
```

SCHEDULING ORDER

On April 13, 2007, counsel for the parties jointly filed with the Court a motion to revise the Court's January 10, 2007 Scheduling Order. For good cause shown, the parties' motion is GRANTED. Accordingly, the parties shall observe the following deadlines:

1. Defendant's Motion for Summary Judgment is due by May 18, 2007;

2. Plaintiff's Response and Cross-Motion for Summary Judgment are due by June 15, 2007;

3. Defendant's Reply and Response are due by June 29, 2007;

4. Plaintiff's Reply is due by July 13, 2007.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge