IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JONATHAN ASTOR, ET. AL., Plaintiffs, v. THE UNITED STATES, Defendant. | No. 05-248C (Judge Wheeler) |

**DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT**

Pursuant to Rule 56(h)(1) of the Rules of the United States Court of Federal Claims, defendant respectfully submits the following proposed findings of uncontroverted facts:

1. The Federal Law Enforcement Training Center ("FLETC"), located in Glynco, GA, is a residential law enforcement training facility which is responsible for training approximately 50,000 students annually. DA10.[1]

2. FLETC formally transferred from the Treasury Department to the Department of Homeland Security on March 1, 2003. DA10.

3. FLETC conducts basic and specialized law enforcement training for Federal law enforcement personnel for approximately 80 partner Federal agencies. DA10.

4. Students are selected by their employing Federal agencies to attend training at the FLETC. DA329. New recruits are usually hired, conditioned upon successful completion of basic training at FLETC.

5. FLETC is accredited by the Federal Law Enforcement Training Accreditation ("FLETA") Board. DA62; DA25-61; DA335:7-14.

6. FLETC offers courses in all aspects of law enforcement, including physical arrest techniques, constitutional and criminal law, terrorism, interrogation techniques, officer safety, and firearms. DA3-6.

7. All FLETC students in basic entry-level programs take a firearms course,

[1] "DA__" refers to pages of the defendant's appendix.

taught by instructors in the Firearms Division ("FAD"). DA18.

8. The FAD is responsible for providing quality training and instruction in the safe, proficient and justifiable use of firearms to all basic and advanced law enforcement personnel. DA18.

9. The FAD is comprised of approximately 125 instructors, who are either employed directly by FLETC or are detailed as an instructor to FLETC from individual Federal law enforcement agencies. DA63.

10. The FAD offers approximately 120 different firearms courses. DA18.

11. The FAD teaches courses on its main Glynco, GA campus. Other courses are offered at FLETC's Cheltenham, MD, Artesia, NM, and Charleston, SC campuses. DA2; DA332:8-17.

12. FAD instructors may also occasionally teach "export" courses, taught in other locations for the benefit of Federal, state, and local law enforcement agencies. DA334:5-7.

13. Plaintiffs are instructors who teach at FLETC, either as direct employees or detailed employees from another Federal agency. Compl. ¶ 1.

14. Plaintiffs Robert Alotta, Ronald Hudgins and Kenneth Longley are employed by the Bureau of Customs and Border Protection and are detailed to FLETC. Kenneth Longley has retired.

15. Plaintiff Roger Holt was employed by the Immigration and Customs Enforcement and is detailed to FLETC, prior to his retirement.

16. Plaintiff Steven Didier is a GS-13 Senior Instructor in the Enforcement Operations Division.

17. Plaintiff Archie Pheasant was a GS-12 Lead Instructor prior to his retirement in 2004.

18. Plaintiff Iris Caballero has never been an instructor for the Firearms Division or FLETC.

19. With the exception of the plaintiffs identified in paragraphs 14-18, all other plaintiffs hold GS-12-1801 (Lead Instructor) or GS-13-1801 (Senior Instructor) positions in the Firearms Division.

20. All instructors are required to have a background and significant experience in law enforcement at either the Federal, state, or local levels. DA66; 73.

21. All instructors are required to possess significant knowledge of all aspects of firearms. DA66; 73; DA370:9-12.

22. All instructors must possess teaching experience or experience which shows the ability to teach or instruct. DA67;73; DA340:4-24.

23. Instructors are required to maintain continuing education requirements, such as CPR, safety, trauma, hazardous materials handling, and shooting qualifications. DA85.

24. A new Firearms Instructor is required to complete the Employee Career Development Training Program. DA82-85.

25. During the first phase of the training program, a new instructor monitors other classes. DA83.

26. A new instructor must also complete the Firearms Instructor Training Program ("FITP") course. DA83; DA342:3-10.

27. The objective of FITP is to provide new firearms instructors with a familiarization of a variety of light firearms, to include their care and maintenance, introduce the new instructors to teaching techniques, and identifying and resolving shooting problems/errors. DA20.

28. Once the new instructor has completed FITP, he or she may be assigned to work as a line instructor along side an assigned training officer. DA83.

29. A new instructor remains in phase I until the training officer determines the new officer has sufficient knowledge to move on to phase II. DA83.

30. During phase II of the training program, the new instructor co-coordinates a

basic class, by teaching classes under the direction of an assigned training officer. DA83; DA345:1-7.

31. The new instructor remains in phase II of the training program until the training officer advises the Professional Development Senior Instructor that the new instructor has made sufficient progress. DA83.

32. During phase III of the training program, the new instructor teaches an entire basic course under the observation of a training officer. DA84.

33. Training officers are required to provide daily feedback and critique to new instructors. DA81.

34. Training officers recommend to management whether the new instructor is ready to instruct classes on his or her own. DA85.

35. In addition to FITP, new instructors must also complete the following courses: a one week Reactive Shooting or Survival Shooting Training Program, a two-week Law Enforcement Training Program, a three-day Basic Evaluator Training Program, a three-day Law Enforcement Instructor Training Non-Lethal Training Ammunition Program, as well as trauma training, Cardiopulmonary Resuscitation Program, Hazardous Material Handling, and weapons proficiency. DA88; DA344:6-9; DA345:22-24.

36. After the new instructor has completed all mandatory training and worked in FAD for one year, the instructor will receive an Instructor Certificate. DA85.

37. The major duty of the Firearms Instructor, GS-12 is to provide "high quality training to criminal investigators and law enforcement officers" and "to instill the technical and analytical knowledges, skills and attitudes needed for the highest possible proficiency" in the field of firearms. DA65.[2]

38. The major duty of the Firearms Instructor, GS-13 is to provide "high quality

---

[2] Although there is more than one position description for the GS-12 position, the only relevant difference is which agency sub-division the employee is assigned to. (For example, Office of Training Applications).

training" to law enforcement officers and management of a topical area which may include an advanced training program.[3] DA71; DA347:4-9.

39. Instructors are expected, as part of their job duties, to provide expertise in the subject matter of firearms. DA65;73;108; DA279:1-4.

40. Instructors generally teach courses at least between four to six hours out of an eight work day. DA283:13-21.

41. Class instruction generally takes the form of either lecture in a classroom or practical exercises and drills upon a firing range. See, e.g., DA171.

42. Introductory classes generally cover basic firearms safety, gun nomenclature, safe gun loading and unloading, marksmanship techniques, the methods and practice of target firing, moving targets, using cover, shooting in reduced light situations, and occasions for justifiable use of deadly force. DA18.

43. Successful completion of a firearms training course, as part of a basic training program, is generally a prerequisite for students to maintain their jobs in their respective Federal law enforcement agency employers. DA10.

44. Students in basic or introductory courses are graded upon their shooting accuracy. DA350:3-7.

45. For any particular scheduled class session, both a class coordinator and multiple line instructors are assigned. DA93.

46. Line instructors observe student performance upon the firing range to identify and correct marksmanship problems as well as to identify and prevent safety violations. DA93;96.

47. A course coordinator is responsible for course administration, such as completing student paperwork, ensuring sufficient weapons and ammunition for shooting

[3] The position description for the GS-13 positions differ in that the position description identifies the area of topical responsibility to which the instructor is assigned. However, the job duties remain the same.

exercises, completing end-of-course reviews and reports, and preparing the ranges prior to a class session. DA353:21-23; DA372:1-8.

48. The Intermediate After Hours Firearms Training Program ("IAHFTP") program provides additional instruction for students who fail to achieve a minimum qualifying score during Basic Marksmanship Instruction or Practical Pistol Course. In those sessions, the instructors must use their judgment and discretion to determine how best to improve an individual student's marksmanship.

49. When instructors are not teaching, they are responsible for preparing for classes, performing research or projects related to curriculum, creating handouts or other materials, and other tasks related to their core duty of instruction. DA368:14-20.

50. Each course has a syllabus and lesson plans, which are developed and reviewed by firearms instructors and approved by supervisors. DA98; DA347:17-DA348:4.

51. Lead Instructors (GS-12) are rated annually upon the following six elements: (1) instruction; (2) course development; (3) customer service and interpersonal skills; (4) internal controls and security; (5) administer/coordinate class curriculum; and (6) project/task assignment. DA234-242.

52. A GS-12 Lead Instructor meets the performance element of "instruction" when he or she is able to instruct proficiently any of the course assigned by the supervisor and instructs courses and conducts laboratory and practical exercises in a manner that the students should achieve the course objectives. DA236.

53. A GS-12 Lead Instructor meet the performance element of "course development" when he or she is able to consistently ensure that assigned course materials are complete, current, accurate and in compliance with FLETC policies, updates lesson plans and texts at least once during the rating period, and consistently completes assigned new course development and major course revision within due dates. DA237.

54. Senior (GS-13) instructors are assigned a topical area of responsibility.

DA202; DA368:2-3.

55. A GS-13 Senior Instructor is rated on the following six performance elements: (1) projects/research; (2) topical area responsibilities/course development; (3) instruction; (4) customer service and interpersonal skills; (5) internal controls and security; and (6) advice and assistance. DA187-92.

56. A GS-13 Senior Instructor meets the performance element of "topical area responsibilities/course development" if he or she is able to review courses assigned as topical area for currency and quality at least quarterly, monitor Lesson Plan Development Teams within the topical area, and provide assistance to staff in their area of expertise. DA202.

57. A GS-13 Senior Instructor meets the performance element of "instruction-administration and coordination" if he or she is able to be fully aware of each course within the topical area, to teach or coordinate courses, and to serve as training officers for new instructors, if needed. DA203.

58. The GS-12 and GS-13 instructor positions are classified as FLSA exempt. DA64; 70.

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 305-7643
Attorneys for Defendant

OF COUNSEL:

MARGARET WRIGHT
Office of Chief Counsel
Federal Law Enforcement Training Ctr.
Glynco, GA

May 18, 2007

CERTIFICATE OF ELECTRONIC FILING

I certify under penalty of perjury that on this 18TH day of May, 2007, a copy of the foregoing "DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/Tara K. Hogan