IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JONATHAN ASTOR, ET. AL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-248C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFFS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME OF DEADLINES IN SCHEDULING ORDER

Plaintiffs respectfully request that the dates set forth in the Court's April 18, 2007 scheduling order be enlarged. On May 18, 2007, defendant filed its motion for summary judgment. Under the current scheduling order, plaintiffs' response and cross motion are due on June 15, 2007; defendant's reply and response are due on June 29, 2007; and plaintiffs' reply is due on July 13, 2007. For the following reasons, plaintiffs respectfully request a short enlargement of these dates:

1. Plaintiffs' counsel served as lead counsel in a jury trial before the Honorable Henry T. Wingate in the United States District Court for the Southern District of Mississippi in the Title VII case, Alexander, et al. v. City of Jackson, et al., C.A. No.3:04-CV-00614-HTW. The trial was unexpectedly delayed and lasted longer than expected with the jury selection commencing on April 30, 2007 and the verdict returned on May 31, 2007. Plaintiffs' counsel was in Jackson, MS during this entire trial as well as before April 30 for pre-trial conferences and preparation of witnesses.

2. Plaintiffs' counsel anticipates a number of post-trial motions and responsive pleadings that will consume her time during the next three weeks, including

plaintiffs' motion for attorneys' fees, plaintiffs' opposition to defendants' renewed motion of judgment as a matter of law, and plaintiffs' motion for equitable relief.

3. The short extension in this case will not prejudice either party.

4. Plaintiffs' counsel has discussed the enlargement of time with defendant's counsel and defendant's counsel has stated that she does not oppose this motion.

Accordingly, for the foregoing reasons, plaintiffs respectfully request that the current deadlines in the scheduling order be extended as follows:

- Plaintiffs' Response and Cross-Motion for Summary Judgment shall be due by July 20, 2007;
- Defendant's Reply and Response shall be due by August 3, 2007; and
- Plaintiffs' Reply shall be due by August 15, 2007.

Respectfully submitted,

s/Molly A. Elkin
Molly A. Elkin
WOODLEY & McGILLIVARY
1125 15TH Street, NW
Suite 400
Washington, DC 20016
(202) 833-8855
Facsimile (202) 452-1090

CERTIFICATE OF FILING

I hereby certify that on June 6, 2007, a copy of the foregoing “Plaintiffs’ Unopposed Motion for an Enlargement of Time of Deadlines in Scheduling Order” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Molly A. Elkin