# In the United States Court of Federal Claims

No. 05-248C

(Filed: June 12, 2007)

************************************** *
*
JONATHAN D. ASTOR, et al., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************** *

SECOND AMENDED SCHEDULING ORDER

On June 6, 2007, counsel for Plaintiff filed with the Court an unopposed motion to enlarge the dates established in the Court's April 18, 2007 Scheduling Order. For good cause shown, Plaintiff's motion is GRANTED. Accordingly, the parties shall observe the following deadlines:

1. Plaintiff's Response and Cross-Motion for Summary Judgment are due by July 20, 2007;

2. Defendant's Reply and Response are due by August 3, 2007;

3. Plaintiff's Reply is due by August 15, 2007.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge