IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JONATHAN ASTOR, ET. AL, Plaintiff, v. THE UNITED STATES, Defendant. | No. 05-248C (Judge Wheeler) |

CONSENT MOTION FOR AN ENLARGEMENT OF TIME OF DEADLINES IN SCHEDULING ORDER

Plaintiffs respectfully request that the dates set forth in the Court's June 12, 2007 scheduling order be enlarged. On May 18, 2007, defendant filed its motion for summary judgment. Under the current scheduling order, plaintiffs' response and cross motion are due on July 20, 2007; defendant's reply and response are due on August 3, 2007; and plaintiffs' reply is due on August 15, 2007. This is plaintiffs' second request for an extension of scheduling order deadlines and plaintiffs do not anticipate seeking any further extensions. For the following reasons, plaintiffs respectfully request a short enlargement of these dates:

1. Plaintiffs' counsel served as lead counsel in a jury trial before the Honorable Henry T. Wingate in the United States District Court for the Southern District of Mississippi in the Title VII case, Alexander, et al. v. City of Jackson, et al., C.A. No.3:04-CV-00614-HTW. The trial was delayed and lasted longer than expected with the jury selection commencing on April 30, 2007 and the verdict returned on May 31, 2007. Plaintiffs' counsel was in Jackson, MS during this entire trial as well as before April 30 for pre-trial conferences and preparation of witnesses.

2. Beginning in mid -June, Plaintiffs' counsel has spent a considerable amount of time responding to defendants' post-trial motions in the Alexander case, including filing an opposition to defendants' 71-page motion for judgment notwithstanding the verdict on July 9, 2007.

3. Plaintiffs' counsel has also spent this time in the matter of GAO Employees Organization, IFPTE and GAO, No. LMR-07-01, including unexpectedly spending the entire day of July 18, 2007, preparing for and appearing before the Honorable Administrative Law Judge Michael Doheny to negotiate a labor organization election agreement.

4. In addition, plaintiffs' counsel has spent time preparing plaintiffs' opposition to defendants' cross motion for summary judgment in another FLSA case involving over 300 plaintiffs, Parker, et al., v. City of New York, et al., Civil No. 04 Civ. 4476 (BJS)(DCF), which is also due on July 20, 2007, and which was previously postponed due to the matters set forth above.

5. Plaintiffs' counsel has worked diligently to meet the July 20, 2007 deadline in this case. Despite plaintiffs' counsel's best efforts to meet the filing deadline in this case, plaintiffs' counsel requires a short extension of time to fully respond to defendants' argument.

6. The short extension set forth below in this case will not prejudice either party.

7. Plaintiffs' counsel has discussed the enlargement of time with defendant's counsel and defendant's counsel has stated that she does not oppose this motion.

Accordingly, for the foregoing reasons, plaintiffs respectfully request that the current deadlines in the scheduling order be extended as follows:

- Plaintiffs' Response and Cross-Motion for Summary Judgment shall be due by July 24, 2007;
- Defendant's Reply and Response shall be due by August 17, 2007; and
- Plaintiffs' Reply shall be due by August 24, 2007.

Respectfully submitted,

s/Molly A. Elkin
Molly A. Elkin
WOODLEY & McGILLIVARY
1125 15TH Street, NW
Suite 400
Washington, DC 20016
(202) 833-8855
Facsimile (202) 452-1090

Counsel of Record

Gregory K. McGillivary
WOODLEY & McGILLIVARY
1125 15TH Street, NW
Suite 400
Washington, DC 20016
(202) 833-8855
Facsimile (202) 452-1090

Of Counsel

CERTIFICATE OF FILING

I hereby certify that on July 19, 2007, a copy of the foregoing "Plaintiffs' Unopposed Motion for an Enlargement of Time of Deadlines in Scheduling Order" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Molly A. Elkin