# In the United States Court of Federal Claims

No. 05-248C

(Filed: July 20, 2007)

```
**************************************** *
                                         *
JONATHAN D. ASTOR, et al.,               *
                                         *
                    Plaintiffs,          *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant.           *
                                         *
**************************************** *
```

THIRD AMENDED SCHEDULING ORDER

On July 19, 2007, counsel for Plaintiff filed with the Court an unopposed motion to enlarge the dates established in the Second Amended Scheduling Order issued June 12, 2007. For good cause shown, Plaintiff's motion is GRANTED. Accordingly, the parties shall observe the following deadlines:

1. Plaintiff's Response and Cross-Motion for Summary Judgment are due by July 24, 2007;

2. Defendant's Reply and Response are due by August 17, 2007;

3. Plaintiff's Reply is due by August 24, 2007.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge