IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JONATHAN ASTOR, ET. AL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-248C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

CORRECTED CONSENT MOTION FOR AN ENLARGEMENT OF TIME OF DEADLINES IN SCHEDULING ORDER

On July 20th, this Court granted plaintiffs' request for an amended scheduling order. When plaintiffs' counsel sought consent from defendants' counsel for the requested extension, plaintiffs' counsel sought an extension for filing plaintiffs' response and cross motion for summary judgment to ***July 27th, 2007*** and defendants' counsel agreed to this date. Plaintiffs, however, inadvertently listed ***July 24,*** rather than the agreed upon due date of July 27, in their request for an extension and this Court granted plaintiffs' request based on what was set forth (mistakenly) in plaintiffs' unopposed motion.

For the reasons set forth in plaintiffs' July 19, 2007 unopposed motion to enlarge dates, plaintiffs' counsel actually needs until July 27th to file plaintiffs' response and cross- motion. As stated above, defendants' counsel has agreed to this filing date. No other changes to the deadlines set forth in the Court's Third Amended Scheduling Order are requested. Plaintiffs' counsel apologizes for any inconvenience caused by their mistake in failing to list the correct requested extension date in their motion.

Accordingly, for the foregoing reasons, plaintiffs respectfully request that the current deadlines in the Third Amended Scheduling Order be changed to reflect the parties' agreement and understanding about filing dates:

- Plaintiffs' Response and Cross-Motion for Summary Judgment shall be due by Friday, July 27, 2007;
- Defendant's Reply and Response shall be due by Friday, August 17, 2007; and
- Plaintiffs' Reply shall be due by Friday, August 24, 2007.

Respectfully submitted,

s/Molly A. Elkin______________
Molly A. Elkin
WOODLEY & McGILLIVARY
1125 15TH Street, NW
Suite 400
Washington, DC 20016
(202) 833-8855
Facsimile (202) 452-1090

Counsel of Record

Gregory K. McGillivary
WOODLEY & McGILLIVARY
1125 15TH Street, NW
Suite 400
Washington, DC 20016
(202) 833-8855
Facsimile (202) 452-1090

Of Counsel

CERTIFICATE OF FILING

I hereby certify that on July 23rd, 2007, a copy of the foregoing "Corrected Consent Motion for an Enlargement of Time of Deadlines in Scheduling Order" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Molly A. Elkin