IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JONATHAN D. ASTOR, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 05-248C<br>(Judge Williams) |

**PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56(a) of the Rules of the United States Court of Federal Claims, Plaintiffs respectfully move for summary judgment against Defendant. As set forth in the attached memorandum of law, and supporting documents, the Court should grant summary judgment in favor of Plaintiffs because there are no material facts in dispute and Plaintiffs are entitled to judgment as a matter of law with respect to Defendant's liability for unpaid Fair Labor Standards Act overtime compensation. In support of this motion, Plaintiffs submit a memorandum of law, proposed findings of uncontroverted fact, a response to defendant's proposed findings of uncontroverted fact, and an appendix filed under seal.

Dated: 7/27/07

Respectfully Submitted,

/s/ Molly A. Elkin
Molly A. Elkin
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, DC 20005
Phone: (202) 833-8855
Facsimile: (202) 452-1090

Counsel of Record

Gregory McGillivary
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, DC 20005
Phone: (202) 833-8855
Facsimile: (202) 452-1090

Of Counsel

## CERTIFICATE OF SERVICE

This is to certify that Plaintiffs' Cross Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment was electronically filed on July 27, 2007. I understand that all parties will receive notice of this filing from the Court's electronic filing system.

/s/ Molly A Elkin
Molly A. Elkin