Q. Do you ever develop new lesson plans?
A. In develop, as far as from scratch?
Q. Yes.
A. Not from scratch. Not totally, no, ma'am. Most of our lesson plan development is done through cut and paste, if it's done.
Q. And what do you mean by "cut and paste"?
A. Well, we pull bits and pieces from other lesson plans to create a new lesson plan so it's not being completely created from scratch.
Q. When would you need a new lesson plan?
A. If a new course came on, something like that, or an agency was looking for something that involved more than what one lesson plan would have, a new lesson plan might be put together to encompass all the things that that agency wanted.
Q. Who would the agency tell to provide that input?
A. Well, they might have lesson plans of their own or they might ask the division if they had lesson plans to cover it. If they didn't, then they might -- the division may decide to take a couple of lesson plans and merge them together and create one lesson plan to cover that for that specific agency or that -- something to that effect.
Q. Would they call you? Would they call your branch chief?

A. The agency?
Q. Yes.
A. They would probably contact the division chief, who would assign it to a branch chief.
Q. Do you do any other -- well, let's see. You said that you might do special projects for branch chiefs?
A. Um-hum (affirmative).
Q. What kind of projects would those be?
A. Developing a lesson plan like that, putting materials together for them, conducting tours, shooting demonstration, firearms demonstrations, and things like that.
Q. The developing lesson plans, would that be in addition to the two lesson plans that you are responsible for?
A. Occasionally, yes, ma'am.
MS. HOGAN: Would you mark this as Exhibit 1?
(The instrument last above referred to was marked for identification as Exhibit No. 1.)
BY MS. HOGAN:
Q. Take a look at what has been marked Exhibit 1.
A. Um-hum (affirmative).
Q. Do you recognize this document?
A. Yes, ma'am.
Q. What is it?
A. It's my performance appraisal for 2004/2005.

Q. If you would turn to the bottom, there is a Bate stamp. The second page should be marked.

MS. ELKIN: Could you hold on one second, Tara?

MS. HOGAN: Sure.

(Off the record.)

MS. ELKIN: You know, these aren't the same ones that I have. This document.

MS. HOGAN: Okay. What --

MS. ELKIN: Remember how you guys messed up the Bates numbers in the beginning --

MS. HOGAN: Yeah.

MS. ELKIN: -- and you just started renumbering everything starting from 1 and then you eventually produced it with the correct Bates number on it?

MS. HOGAN: Yeah.

MS. ELKIN: So I just feel like if you are going to make this a formal exhibit we are going to have a messed-up system. Do you know what I'm talking about? I don't know if you had anything to do with the production of the documents.

MS. HOGAN: Well, we can either make a copy of what you have with the Bates number --

MS. ELKIN: At some point, because this is just -- everything was 1 through 20, and then you started at 1 again, and finally they did it with a DHS marking, so I

have for this exact same document DHS 10568 through 10593, so do you want to at the end maybe make a copy of mine and make that Exhibit 1?

MS. HOGAN: Yeah, that's fine.

MS. ELKIN: Okay.

BY MS. HOGAN:

Q. So if you would turn to the second page of that document and there is a table entitled "Element Number 2."

A. Yes, ma'am.

Q. Would you read that narrative justification and let me know when you are done?

A. (Perusing document.)

Okay.

Q. What is the video that we are talking about here?

A. That's a video I created for a program that we -- an advanced program here on the center that has techniques and fundamentals of shooting in a certain way on it. It's got video footage of instructors conducting those demonstrations on it so that the students don't have to read a lesson plan or read something and try and interpret it, they can see it on screen. They can go back and use it as reference material, they can use it to teach their classes, things like that, if they are instructors.

Q. So this would be something that the students would be given to take home with them?

A. Yes, ma'am.

Q. And when you say you created it, what exactly did you do?

A. I conceptualized the idea, then met with the other team members of the program and we put together what we wanted on it, and I wrote a script for it and we videoed it.

Q. The team that you are mentioning, what team is that?

A. It's Survival Shooting Training Program Team.

Q. Is that -- who is in that team?

A. There are approximately six people in that team and we teach the Survival Shooting Training Program.

Q. So you are the regular instructors of that program?

A. Yes, ma'am. Yes, ma'am. It's one of the advanced programs in the division.

Q. How did you come up with the idea for this video?

A. I had seen other things done similar to it. I had used some video footage at my previous job and thought it would be a good idea that would enhance the program.

Q. So you met with the team members and you came up with the topics that you wanted to cover in the video?

A. Yes, ma'am.

Q. And you wrote the script?

A. Yes, ma'am.

be teaching you would do that the schedule wouldn't assign you for?

A. No. It was scheduled.

Q. Okay. So when we were talking about work that's done off the schedule, so to speak, you were talking about range setup?

A. Um-hum (affirmative).

MS. HOGAN: Let me just take a five-minute break.

MS. ELKIN: Okay.

(Brief recess.)

MS. HOGAN: Back on the record.

BY MS. HOGAN:

Q. Let me just go back a little bit about when you are teaching courses. How are students graded or scored?

A. It depends on the course and it depends on what the practical exercise is.

Q. For a basic instructor, or a basic course, how --

A. There are several practical exercises they are graded on.

Q. And so these would be shooting exercises?

A. Yes, ma'am.

Q. And how would you grade them?

A. They are done on a course of fire. A qualification course of fire is one of the practical exercises they have.

Q. What does that mean?

A. They shoot a prescribed number of rounds on different time frames, and things like that. It's a course of fire that calls for X number of rounds in X number of seconds from a certain distance, and you have to achieve a minimum score on that qualification to pass it.

Q. The score would be their accuracy?

A. It could be, yes, ma'am.

Q. What else could the score be based on?

A. Basically it's just accuracy, but the SOP outlines the score on what they have to achieve to pass the course. The target has scoring rings on it and they have to achieve a certain number of score and the shots are added up, and things like that.

Q. So the course of fire would have the student shooting from a certain distance and they would need to meet a certain score on the scoring ring?

A. Yes, ma'am.

Q. And if they don't make that score, they get sent to the remedial?

A. Yes, ma'am.

Q. With other types of courses, are students graded on different criteria?

A. Yes, ma'am, depending on the course. For instance, up until recently they were graded on their weapons handling skills.

Q. And what does that mean?
A. It means how they manipulate the weapon - loading/unloading/reloading/fixing malfunctions - and things like that.
Q. So it's proficiency with using the weapon?
A. Proficiency in weapons handling.
Q. What is the basis for that grade?
A. It's a pass/fail. They have to properly clear the weapon, properly load the weapon, properly unload the weapon, properly reload the weapon, fix malfunctions.
Q. So is this an exercise where you as an instructor would watch the student handle their weapon?
A. Yes. It's one-on-one.
Q. And that would be one exercise throughout the course?
A. Yes, ma'am.
Q. Is there anything else that students are graded on?
A. They're graded on -- certain programs do judg-mental pistol shooting.
Q. What is judgmental pistol shooting?
A. Where they shoot on a simulator, simulating a real life encounter, and they are graded on shoot or no-shoot.
Q. And what does that mean?
A. In other words, they are tested to see if they shot

at the appropriate time or at the inappropriate times.

Q. Who decides what is an appropriate time?

A. Well, they have to meet certain criteria that are in the lesson plan that is taught to them and the instructor grades them on their shoot or no-shoot in the testing booth.

Q. So you teach the students when it's appropriate or inappropriate to shoot?

A. Well, they get it several times in their training. Legal teaches it. There are several other divisions that teach it. We just re-enforce it.

Q. So the instructor would be sitting with each individual?

A. One-on-one, yes, ma'am.

Q. And is that a pass/fail grade?

A. Certain programs, it is; certain programs, it's not.

Q. For the programs where it is not a pass/fail, is the grading based on a percentage?

A. For the programs where it's not a pass/fail, it's just a familiarization or a laboratory exercise.

Q. So does that mean that they don't get graded at all?

A. They don't have to pass/fail, yes, ma'am. We critique them, discuss issues with them, but we don't -- but it's not a pass/fail for them.

Q. And the critique that you provide is what they

could have done better or what they did right?

A. We ask them questions on what they saw, what they heard, to explain why they shot, why they didn't shoot, and things like that.

Q. Then you discuss what they could have done better?

A. Yes, ma'am.

Q. Is the judgment pistol shooting part of -- is that its own separate course?

A. No. It's part of a training program.

Q. And is it part of most training programs or some?

A. Most basic training programs, it is.

Q. Is that simulator the same one we were talking about earlier?

A. Yes, ma'am.

MS. HOGAN: Would you mark this as Exhibit 2?

(The instrument last above referred to was marked for identification as Exhibit No. 2.)

BY MS. HOGAN

Q. Go ahead and take a look at this document.

A. (Reviewing document.)

Q. Do you remember seeing this document?

A. No, ma'am.

Q. Did you ever look at a copy of your position

# DEPARTMENT OF HOMELAND SECURITY
# FEDERAL LAW ENFORCEMENT TRAINING CENTER
# (FLETC)
# MERIT PROMOTION ANNOUNCEMENT

## MULTIPLE VACANCIES

| | |
|---|---|
| **VACANCY ANNOUNCEMENT NO.** | **04-049MD** |
| POSITION | Law Enforcement Specialist (Instructor) |
| SERIES/GRADE | GS-1801-11/12 |
| SALARY RANGE | $48,022- 74,826 PA |
| OPENING DATE | 12-23-03 |
| CLOSING DATE | 01-07-04 |
| LOCATION | Federal Law Enforcement Training Center<br>Office of Training Operations<br>Firearms Division<br>Glynco, Georgia |

**FLETC and the Glynco/Brunswick area**: Established in 1970, The Federal Law Enforcement Training Center (FLETC) is the federal government's principal resource for conducting interagency law enforcement training to over 70 federal organizations. The FLETC Glynco campus is actually a town unto itself with its own zip code. In reality, it is a 1500-acre site located in GA and the Golden Isles just one hour South of Savannah, GA and one hour North of Jacksonville, FL. The Golden Isles are lush barrier islands with hot and humid summers and mild winters all linked to the hub of Brunswick offering excellent beaches, fishing, golfing, fresh seafood, and Summer Waves Water Park. Further information may be found regarding the FLETC, Brunswick, and The Golden Isles, by visiting either of the following websites at www.fletc.gov or www.brunswickwebsite.com. FLETC has a child card center on site for daycare and after school care services. For more information contact the Little Rookies Child Development Center at (912) 267-2376.

AREA OF CONSIDERATION: Career and Career-Conditional competitive employees of the Federal Government and reinstatement eligibles. **(Applicants who do not submit the required information in the How to Apply section "may" not receive consideration).**

**Applications who are eligible under the following programs may also apply:**

- Veteran's Employment Opportunities Act (VEOA): Veterans who are preference eligibles or who have been separated from the armed forces under honorable conditions after 3 years or more of continuous active service may apply.
- Service-connected disabilities of 30% or more: Veterans who are eligible for appointment under the authority to appoint Veterans with service-connected disabilities of 30% or more. If you are claiming a service connected disability, you must submit a DD-214, SF-15 and supporting documents (e.g., official statement from the Department of Veterans' Affairs) with your application. For more information visit the VetsInfo Guide at http: //www.opm.gov/veterans/html/vetsinfo.asp
- Career Transition Assistance Program (CTAP) or Interagency Career Transition Assistance Program (ICTAP): Applicants who are applying under the CTAP or ICTAP programs, please refer to the **How to Apply** section of the announcement.

**Applicants with disabilities may be considered under special hiring procedures and must submit an appropriate certificate of eligibility issued by the State Vocational Rehabilitation Agency or the Department of Veterans Affairs when applying for this position.**

**The Federal Law Enforcement Training Center fully supports the Plan for Employment of Individuals with Disabilities and provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please contact the Human Resources Division at (912) 267-2614 or** Cassandra.murfree@dhs.gov. **The decision on granting reasonable accommodations will be made on a case-by-case basis.**

**MAJOR DUTIES:** The incumbent teaches in a variety of **firearms-related programs and topics** which include: Agency Specific Firearms Instructor Training (Export), Professional Development Training, Reactive Shooting Training Program, the Mixed Basic Police Training Program, the Center Integrated and Agency Basic/Advanced Training Programs, the Interactive Non Lethal Instructor Training Program, Remedial and Intermediate Firearms Training, the Sub-Machine Gun Training Program, the

Law Enforcement Rifle Training Programs, Environmental and Safety Oversight Responsibilities, Firearms Training and Research Technology, Divisional Support, Program Management, the Criminal Investigator Training Program, the Firearms Instructor Refresher Training Program and the Survival Shooting Training Program. The incumbent provides high quality training to criminal investigators and uniform law enforcement officers from a wide variety of Federal Participating Organizations, and instills the technical and analytical knowledge, psychomotor skills and mental attitude needed for the highest possible proficiency in this specialized field. The incumbent will develop course material in the firearms topical areas of law enforcement to include lesson plans; will use diverse instructional methods and provides research expertise in the area of his/her specialty, which involves individual development, and interpretation of training information. Participate in AD HOC Committees.

## QUALIFICATIONS AND EVALUATION CRITERIA

The Qualification Standards Operating Manual for General Schedule positions will be used to determine minimum qualifications.

Applicants must possess at least one year at the next lower grade level to meet **Time-In-Grade and Specialized Experience** requirements by the closing date of this announcement. **Specialized Experience:** Federal, State and/or Local Law Enforcement experience that demonstrates skill in prevention, detection, and investigation of felony violations of criminal laws. –**AND-** Experience instructing Law Enforcement Officer/Agents in various courses such as Agency Specific Firearms Instructor (Export), Professional Development, Reactive Shooting Instructor, Mixed Basic Police, Center Integrated and Agency basic/Advanced, Interactive Non-Lethal Instructor/Interactive Training, Remedial, Sub-Machine Gun, Environmental and Safety Oversight, Training and Research Technology, Divisional Support Programs/Program Management, Training Technologies, Criminal Investigator, Firearms Instructor Refresher and Survival Shooting Training Program.

**GS-11**: Applicants must possess at least one year of specialized experience at the GS-09 or equivalent grade level to meet **Time-In-Grade and Specialized Experience** requirements by the closing date of this announcement.

**GS-12**: Applicants must possess at least one year of specialized experience at the GS-11 or equivalent grade level to meet **Time-In-Grade and Specialized Experience** requirements by the closing date of this announcement.

**PROMOTION POTENTIAL**: If this position is filled at the GS-11grade level, the incumbent will be non-competitively promoted without further competition when the duties of the higher grade level are being performed and all regulatory requirements have been met and recommended by the supervisor.

**In addressing the job elements listed below, state how work experience has provided these knowledge, skills and abilities. If you describe more than one type of work i.e., personnel and budget, write approximate percentage of time you spend/spent doing each.**

**Evaluation Method**: Applications of candidates for promotion who meet the minimum qualification requirements will be rated or the basis of experience, education/training, performance and awards as they relate to the knowledge, skills and abilities (KSA's) listed below.

**JOB ELEMENTS:**

1. Skill gained from experience in enforcing the criminal laws of Federal, state or local jurisdictions.
2. Ability to train law enforcement officers/agents.
3. Ability to communicate orally.
4. Ability to communicate in writing.

****Failure to address the job elements/KSA's may result in a lower rating.***

## CONDITIONS OF EMPLOYMENT

**NOTE:** Secondary Administrative "6c" retirement coverage is available under this announcement to those individuals who currently possess primary "6c" retirement coverage.

**BACKGROUND INVESTIGATION:** Employment is contingent upon satisfactory completion of an investigation.

**DRUG TESTING:** Applicants tentatively selected for this position will be required to submit to urinalysis to screen for illegal drug use prior to appointment. Employment is contingent upon favorable results.

## GENERAL INFORMATION

**RELOCATION EXPENSES:** Applicable relocation expenses may be paid to candidates eligible under 5 U.S.C. when it is determined by the Center that the move is in the best interest of the government.

**PHYSICAL DEMANDS:** The work requires walking, standing, bending, sitting and carrying of small packages or containers. Travel of field locations to coordinate training activities may be involved. May also involve considerable physical exertion while demonstrating a variety of law enforcement techniques and methods.

**WORK ENVIRONMENT:** The normal work place is in a classroom, office, and inside/outside physical exercise areas. Position duties will require exposure to varying climate and environmental conditions, both cold and warm weather conditions. Exposure to high levels of noise and dangerous substances.

## HOW TO APPLY

Applications will be accepted from all qualified candidates within the area of consideration (AOC). **Applications received under this announcement will not be returned. Please do not submit any original documents that you will need later.**

**The following are forms/information which applicants should submit:**

- **Application [Optional Form 612 (Optional Application for Federal Employment) or Standard Form 171 (Application for Federal Employment)] or resume, which should contain all of the information requested in the "How to Apply" section of the announcement.**
- Supplemental statement addressing each of the job elements shown in this announcement. **THIS SUPPORTIVE INFORMATION SHOULD BE SUBMITTED LISTING EACH OF THE JOB ELEMENTS AND DESCRIBING HOW THESE KNOWLEDGES, SKILLS, ABILITIES, AND OTHER CHARACTERISTICS WERE ACQUIRED. These elements will be the principle basis for determining whether or not applicants are highly qualified for the position.**
- **A copy of your most recent Performance Appraisal and most recent SF-50 (Notification of Personnel Action) showing current job series, grade level and tenure. (MANDATORY)**
- **Additional information will not be accepted after the closing date of this announcement. Late applications will be accepted from employees in the AOC and were on approved leave/travel at least half of the open period of the announcement if a selection has not been made and if submitted within 5 workdays of their return to duty.**
- **A Race and National Origin Identification Form, SF-181 (for applicants who are NOT currently employed at the FLETC). Responses to the information requested in this form are voluntary. Information is used to establish statistical data only. Form may be obtained from http://www.opm.gov.**

**CTAP/ICTAP NOTE:** Individuals who have special priority selection rights under the Agency Career Transition Assistance Program (CTAP) or the Interagency Career Transition Assistance Program (ICTAP) must be well qualified for the advertised position to receive consideration for special priority selection. CTAP and ICTAP eligibles will be considered well qualified if rated among the "well qualified" group of candidates. "Well-qualified" for this position includes those candidates who achieve a score of 90 or higher, when evaluated and rated against the KSAs listed above. Federal employees seeking CTAP/ICTAP eligibility must submit proof they meet the requirements of 5 CFR 330.605 (a) for CTAP and 5 CFR 330.704 for ICTAP. This includes a copy of the agency notice, a copy of their most recent SF-50 noting current position, grade level and duty location. Please annotate your application to reflect that you are applying as a CTAP or ICTAP eligible.

**PLEASE SEND APPLICATIONS TO:**

FEDERAL LAW ENFORCEMENT TRAINING CENTER
1131 CHAPEL CROSSING ROAD
GLYNCO, GA 31524
HUMAN RESOURCES DIVISION, BUILDING 46
ATTENTION: CASSANDRA MURFREE

*APPLICATIONS MUST BE POSTMARKED NO LATER THAN THE CLOSING DATE OF THIS ANNOUNCEMENT*

- **Applications sent in U.S. Government postage-paid envelopes, facsimile (FAX), electronic mail (e-mail) or submitted through Federal Agency special courier services will not be considered.**
- TDD Information for the hearing impaired: (912) 267-2289. This number will be answered by voice. Please indicate by your usual method (such as tapping the space bar of your TDD machine) that you need to communicate using TDD.

**All applicants will receive consideration regardless of race, color, national origin, sex, religion, handicap, creed, political affiliation, marital status, age, or any other non-merit reason.**

**Executive Branch agencies are barred from accepting or considering prohibited political recommendations and are required to return any prohibited political recommendations to the sender.**

**HUMAN RESOURCES VISION**

**"To provide world class human resources consulting services and be a strategic business partner on the senior leadership team".**

**KEEP YOUR APPLICATION BRIEF AND SEND ONLY THE REQUESTED MATERIALS. DO NOT SEND PERIODICALS, POSITION DESCRIPTIONS, PHOTOGRAPHS, ETC. DO NOT SEND YOUR COLLEGE TRANSCRIPT UNLESS IT IS REQUESTED IN THE JOB VACANCY ANNOUNCEMENT.**

**DID YOU REMEMBER TO INCLUDE:**

- ✓ YOUR MOST RECENT PERFORMANCE APPRAISAL
- ✓ THE ANNOUNCEMENT NUMBER ON YOUR APPLICATION
- ✓ YOUR SOCIAL SECURITY NUMBER
- ✓ YOUR LATEST SF-50 SHOWING CAREER OR CAREER-CONDITIONAL STATUS
- ✓ YOUR DD-214 TO QUALIFY UNDER VETERANS PROGRAMS
- ✓ YOUR JOB ELEMENTS/KSA'S
- ✓ YOUR MAILING ADDRESS AND CURRENT PHONE NUMBER (DAY AND EVENING NUMBER)
- ✓ IF WE MAY CONTACT YOUR CURRENT SUPERVISOR
- ✓ YOUR COLLEGE TRANSCRIPT IF REQUESTED WITHIN THE VACANCY ANNOUNCEMENT

ATTACHMENT ONE: HERE'S WHAT YOUR RESUME OR APPLICATION MUST CONTAIN
(in addition to specific information requested in the job vacancy announcement)

JOB INFORMATION: Announcement number, and title and grade(s) of the job for which you are applying.

PERSONAL INFORMATION: Full name, mailing address (with zip code) and day and evening phone numbers (with area code), Social Security Number, country of citizenship (most Federal jobs require United States citizenship), and Veterans' preference (see below)

--If you served on active duty in the United States Military and were separated under honorable conditions, you may be eligible for veterans preference. To receive preference if your service began after October 15, 1976, you must have a Campaign Badge, Expeditionary Medal, or a service-connected disability. For further details, call OPM at 912-757-3000. Select "Federal Employment Topics" and then "Veterans".

--Veterans preference is not a factor for Senior Executive Service jobs or when competition is limited to status candidates (current or former Federal career or career conditional employees).

--To claim 5-point veterans preference, attach a copy of your DD-214, Certificate of Release or Discharge from Active Duty, or other proof of eligibility.

--To claim 10-point veterans preference, attach SF-15, Application for 10-Point Veterans' Preference, plus the proof required by that form.

--Reinstatement eligibility (if requested, attach SF-50 proof of your career or career-conditional status).

--Highest Federal civilian grade held (also give job series and dates held).

EDUCATION
--High school
Name, city, and State (zip code if known) and Date of diploma or GED
--Colleges and universities
Name, city, and State (zip code if known), majors, type and year of any degrees received (if no degree, show total credits earned and indicate whether semester or quarter hours). Send a copy of your college transcript only if the job vacancy announcement requests it.

WORK EXPERIENCE
--Give the following information for your paid and nonpaid work experience related to the job for which you are applying. (Do not send job descriptions).
Job title (include series and grade if Federal job)
Duties and accomplishments
Employer's name and address
Supervisor's name and phone number
Starting and ending dates (month and year)
Hours per week
Salary
--Indicate if we may contact your current supervisor.

OTHER QUALIFICATIONS
--Job-related training courses (title and year)
--Job-related skills, for example, other languages, computer software/hardware, tools, machinery, and certified typing speed
--Job-related certificates and licenses (current only)
--Job-related honors, awards, and special accomplishments

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER