**DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL LAW ENFORCEMENT TRAINING CENTER**
**(FLETC)**
**MERIT PROMOTION ANNOUNCEMENT**

**VACANCY ANNOUNCEMENT NO.** **05-060MH**

**POSITION:** Law Enforcement Specialist (Instructor)

**SERIES/GRADE:** GS-1801-13

**1. WHAT ARE THE DUTIES OF THE POSITION?**

The incumbent serves as a senior instructor and authoritative technical expert in the major topical area of Firearms Training. Provides high quality training to criminal investigators and law enforcement officers from a wide variety of different Federal participating organizations and instills the technical and analytical knowledge, skills and attitudes needed for the highest possible proficiency in this specialized field. The incumbent designs and develops programs and course materials in the field of law enforcement; determines course objectives; and identifies related knowledge, skills, and abilities which lead to the achievement of training objectives. The incumbent plans and develops own lesson plans and uses diverse instructional methods in order to present law enforcement subjects in classrooms and during practical application sessions. The incumbent participates in the planning, analysis and decision making processes for the development and delivery of training courses and coordinates the activities of instructor teams and participates in AD HOC Committees made up of representatives of the FLETC and other agencies concerned with training policies and academic requirements. Performs liaison contact with other agencies. Provides reports and recommendations to the management staff concerning training equipment inventory and maintenance, budgetary and personnel needs. May perform other directly related duties as assigned.

**2. WHERE IS THE JOB?**

U.S. Department of Homeland Security
Federal Law Enforcement Training Center
Training Directorate
Office of Training Applications
Firearms Division
Resources Management Branch
Glynco, GA

**3. WHO MAY APPLY?**

Career and Career-Conditional competitive service employees of the FLETC and On-site Partner Organizations only.

**Applicants who are eligible under the following programs may also apply:**

- Veterans' Employment Opportunities Act (VEOA): Veterans who are preference eligibles or who have been separated from the armed forces under honorable conditions after 3 years or more of continuous active service may apply. If you are claiming VEOA eligibility, you must submit a DD214 with your application.
- Service-connected disabilities of 30% or more: Veterans with a service-connected disability rating of 30% or more are eligible for non-competitive appointment. If you are claiming a service connected disability, you must submit a DD-214, SF-15 and supporting documents (e.g., official statement from the Department of Veterans' Affairs) with your application.
- Career Transition Assistance Program (CTAP) or Interagency Career Transition Assistance Program (ICTAP): Applicants who are applying under the CTAP or ICTAP programs, please refer to the **How Do I Apply** section of the announcement.

**Click on the following links for more information:**
Veteran's employment information: http://www.opm.gov/veterans/html/vetsinfo.asp
CTAP/ICTAP information: http://www.opm.gov/ctap/index.asp

**Appropriate documentation to support claims for eligibility will be required. Please contact the Human Resources Division at (912)267-2614 or c.murfree@dhs.gov to find out about eligibility requirements and documentation necessary for each program.**

**Applicants with disabilities may be considered under special hiring procedures and must submit an appropriate certificate of eligibility issued by the State Vocational Rehabilitation Agency or the Department of Veterans' Affairs when applying for this position. The Federal Law Enforcement Training Center fully supports the Plan for Employment of Individuals with Disabilities and provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please contact the Human Resources Division at (912)267-2614 or c.murfree@dhs.gov. The decision on granting reasonable accommodations will be made on a case-by-case basis.**

**4. HOW LONG IS THE ANNOUNCEMENT OPEN?**

**Open: 01-28-2005 Close: 02-11-2005**

**Applications must be received by the closing date of the announcement.**

**5. WHO MAY I CONTACT FOR MORE INFORMATION?**

Job Information Number: 912-267-2614.

TDD Information for the hearing impaired: 912-267-2614. This number will be answered by voice.

**6. WHAT IS THE COMPENSATION?**

The salary range for this position is:

GS-13: $72,035.00 - $93,643.00 annually

**7. WHAT ARE THE MINIMUM QUALIFICATION REQUIREMENTS FOR THE POSITION?**

The Qualification Standards Operating Manual for General Schedule positions will be used to determine minimum qualifications.

Applicants must possess at least one year of specialized experience equivalent to the next lower grade level in the Federal service. **Specialized Experience** is experience that has equipped the applicant with the particular knowledge, skills, and abilities to perform successfully the duties of the position, and that is typically in or related to the work of the position to be filled. For this position, ***specialized experience*** is experience which demonstrated skill in the prevention, detection, investigation, or prosecution of felony violations of criminal law and demonstrated ability to provide law enforcement technical expertise in the development and instruction of law enforcement curriculum.

**TIME IN GRADE**: Status applicants must have served 52 weeks at the next lower grade in the Federal service. All qualifications and time-in-grade requirements must be met by the closing date of this announcement.

**8. HOW WILL MY APPLICATION BE EVALUATED?**

ELIGIBLE CANDIDATES WILL BE EVALUATED AGAINST THE FOLLOWING CRITERIA:

The application of candidates who meet the minimum qualification requirements will be rated on the basis of experience, education/training, performance, and awards as they relate to the knowledge, skills and abilities (KSAs) listed below.

**KSAs**

1. Skill gained from experience in enforcing the criminal laws of federal, state or local jurisdictions.
2. Ability to train law enforcement officers/agents.
3. Ability to communicate orally.
4. Ability to communicate in writing.

**Note: Please include with your application a Narrative Statement describing possession of each KSAs above. In addressing the KSAs, state how your work experience has provided the particular knowledge, skills and abilities. Failure to provide the Narrative Statement may adversely impact your ranking score and the ability to be certified for referral to the selecting official.**

**9. HOW DO I APPLY?**

**All application materials must be received by the closing date of this announcement. Failure to provide complete information may result in the applicant not receiving consideration for this position. Applications received under this announcement will not be returned. Please do not submit original documents that may be needed in the future.**

**SUBMIT:**

- Application [Optional Form 612 (Optional Application for Federal Employment) or resume, which should contain all of the information requested in the "How to Apply section of the announcement. If you describe more than one type of work i.e., personnel and budget, write the approximate percentage of time you spend/spent doing each.
- Supplemental narrative statement addressing each of the KSAs shown in this announcement.
- SF-50 that indicates competitive status and current grade level and your most recent performance appraisal.
- Submit a signed OF-306 (Declaration of Federal Employment). This form may be obtained from http://www.opm.gov/forms/pdf_fill/of0306.pdf
- Any additional information will not be accepted if submitted after the closing date listing for this announcement.
- Late applications will be accepted from employees who are in the AOC and were on approved leave/travel beyond the closing date provided a selection has not been made if submitted within 5 workdays of their return to duty.
- A Race and National Origin Identification Form (SF-181) may be submitted by applicants who are not current FLETC employees. Responses to the information requested in this form are voluntary. This information is used only for statistical reporting requirements by the Human Resources Division. This form may be obtained from http://www.opm.gov.
- CTAP/ICTAP NOTE: Individuals who have special priority selection rights under the Agency Career Transition Assistance Program (CTAP) or the Interagency Career Transition Assistance Program (ICTAP) must be well qualified for the advertised position to receive consideration for special priority selection. CTAP and ICTAP eligibles will be considered well qualified if rated among the "well qualified" group of candidates. "Well-qualified" for this position includes those candidates who achieve a score of 90 or higher, when evaluated and rated against the KSAs listed above. Federal employees seeking CTAP/ICTAP eligibility must submit proof they meet the requirements of 5 CFR 330.605 (a) for CTAP and 5 CFR 330.704 for ICTAP. This includes a copy of the agency notice, a copy of their most recent SF-50 noting current position, grade level and duty location. Please annotate your application to reflect that you are applying as a CTAP or ICTAP eligible.

## 10. WHAT DO I NEED TO INCLUDE IN MY RESUME OR APPLICATION?

**JOB INFORMATION**: Announcement number, and title and grade(s) of the job for which you are applying

**PERSONAL INFORMATION**: Full name; mailing address with zip code; day and evening phone numbers with area code; e-mail address (optional); Social Security Number; country of citizenship (most Federal jobs require United States citizenship); and Veterans' preference (if applicable – as indicated below)

--If you served on active duty in the United States Military and were separated under honorable conditions, you may be eligible for veterans' preference. To receive preference if your service began after October 15, 1976, you must have a Campaign Badge, Expeditionary Medal, or a service-connected disability. For further details, visit the OPM website at http://www.usajobs.opm.gov/ei3.asp.

--Veterans' preference is not a factor for Senior Executive Service jobs or when competition is limited to status candidates (current or former Federal career or career conditional employees).

--To claim 5-point veterans' preference, attach a copy of your DD-214, Certificate of Release or Discharge from Active Duty, or other proof of eligibility.

--To claim 10-point veterans' preference, attach SF-15, Application for 10-point veterans' preference, plus the proof required by that form.

--Reinstatement eligibility (if requested, attach SF-50 proof of your career or career-conditional status).

--Highest Federal civilian grade held (also give job series and dates held).

**EDUCATION**

--High school

Name, city, and State (zip code if known) and Date of diploma or GED

--Colleges and universities

Name, city, and State (zip code if known), majors, type and year of any degrees received (if no degree, show total credits earned and indicate whether semester or quarter hours). Send a copy of your college transcript only if the job vacancy announcement requests it.

**WORK EXPERIENCE**

--Give the following information for your paid and non-paid work experience related to the job for which you are applying. (Do not send job descriptions).

Job title (include series and grade if Federal job)
Duties and accomplishments
Employer's name and address
Supervisor's name and phone number
Starting and ending dates (month and year)
Hours per week
Salary

--Indicate if we may contact your current supervisor.

**OTHER QUALIFICATIONS**

--Job-related training courses (title and year)
--Job-related skills, for example, other languages, computer software/hardware, tools, machinery, and certified typing speed
--Job-related certificates and licenses (current only)
--Job-related honors, awards, and special accomplishments

**Incomplete applications may not receive consideration for this position**

***ADDITIONAL INFORMATION:***

**SEND ONLY THE REQUESTED MATERIALS. DO NOT SEND PERIODICALS, POSITION DESCRIPTIONS, PHOTOGRAPHS, ETC. DO NOT SEND YOUR COLLEGE TRANSCRIPT UNLESS IT IS REQUESTED IN THE JOB VACANCY ANNOUNCEMENT.**

**11. WHERE DO I SEND MY APPLICATION?**

**SUBMIT APPLICATION MATERIALS TO:**

**FEDERAL LAW ENFORCEMENT TRAINING CENTER**
**1131 CHAPEL CROSSING ROAD**
**GLYNCO, GA 31524**
**ATTENTION: Cassandra Murfree**
**BUILDING#: 46/HRD**

**Note:** Applications sent in U.S. Government postage-paid envelopes, facsimile (FAX), electronic mail (e-mail) or submitted through Federal Agency special courier services will not be considered.

**12. WHAT ARE THE CONDITIONS OF EMPLOYMENT?**

**PREEMPLOYMENT SUITABILITY DETERMINATION:** Before an offer of employment can be extended, a suitability determination must be made. Submission of a signed OF-306 (Declaration of Employment) will be consent to conduct a pre-employment investigation. This information may be disclosed to authorized officials involved in the pre-employment process. The OF-306 may be obtained from http://www.opm.gov/forms/pdf_fill/of0306.pdf. A false statement on any part of your application may disqualify you from further consideration.

**DRUG TESTING**: Certain FLETC positions require drug testing. Applicants tentatively selected for those positions will be required to submit to urinalysis to screen for illegal drug use prior to appointment. Employment is contingent upon favorable results.

**FINANCIAL DISCLOSURE**: Certain FLETC positions require a financial disclosure report. Selectees for those positions must complete OGE Form 450 and file it with the immediate supervisor for forwarding to the FLETC Chief Counsel Office no later than 10 days prior to entrance on duty.

**DIRECT DEPOSIT:** All employees are required to participate in the Direct Deposit/Electronic Funds Transfer DD/EFT for salary payments.

**SELECTIVE SERVICE:** If selected, male applicants born after December 31, 1959, must certify that they have registered with the Selective Service System or are exempt from having to do so under Selective Service law.

**13. GENERAL EMPLOYMENT INFORMATION**

**Note:** Secondary Administrative "6c" retirement coverage is available under this announcement to those individuals who currently possess primary "6c" retirement coverage.

**RELOCATION EXPENSES:** Applicable relocation expenses may be paid to candidates eligible under 5 U.S.C. when it is determined by the Center that the move is in the best interest of the government.

**PHYSICAL DEMANDS**: The work requires walking, standing, bending, sitting, and carrying of small packages or containers. Travel to field locations to coordinate training activities may be involved. Work may also involve considerable physical exertion while demonstrating a variety of law enforcement techniques and methods.

**WORK ENVIRONMENT**: The normal work place is a classroom or office, and inside/outside physical exercise areas. Position duties will require exposure to varying climate and

environmental conditions, both cold and warm weather conditions and/or exposure to high levels of noise and dangerous substances.

**14. WHAT TO EXPECT NEXT?**

Once your complete application is received we will conduct an evaluation of your qualifications and determine your rating. If you are found not qualified you will receive a notification of results letter. The qualified candidates will be referred to the hiring manager for further consideration and a possible interview. If you are selected for the advertised position, you will be contacted. If you are not selected you will receive a notification letter after a selection is made.

**Note:** To receive information on the notification of the receipt of your application/resume material, please include your email address.

**CHECKLIST:**

- ☐ YOUR MOST RECENT PERFORMANCE APPRAISAL
- ☐ THE ANNOUNCEMENT NUMBER ON YOUR APPLICATION
- ☐ YOUR SOCIAL SECURITY NUMBER
- ☐ YOUR EMAIL ADDRESS
- ☐ YOUR LATEST SF-50 SHOWING CAREER OR CAREER-CONDITIONAL STATUS
- ☐ OF-306 (DECLARATION OF FEDERAL EMPLOYMENT
- ☐ YOUR DD-214 (MEMBER 4 COPY) TO QUALIFY UNDER VETERANS' PROGRAMS
- ☐ KSAS
- ☐ YOUR MAILING ADDRESS AND CURRENT PHONE NUMBER (DAY AND EVENING NUMBER)
- ☐ IF WE MAY CONTACT YOUR CURRENT SUPERVISOR
- ☐ YOUR COLLEGE TRANSCRIPT IF REQUESTED WITHIN THE VACANCY ANNOUNCEMENT

**HUMAN RESOURCES VISION**

**"To provide world class human resources consulting services and be a strategic business partner on the senior leadership team".**

***THE DEPARTMENT OF HOMELAND SECURITY IS AN EQUAL OPPORTUNITY EMPLOYER***

# POSITION DESCRIPTION *(Please Read Instructions on the Back)*

1. Agency Position No.
S1221a

2. Reason for Submission
☐ Redescription ☒ New
☐ Reestablishment ☐ Other
Explanation *(Show any positions replaced)*

3. Service
☒ Hdqtrs ☐ Field

4. Employing Office Location
Washington, DC

5. Duty Station
Washington, DC

7. Fair Labor Standards Act
☒ Exempt ☐ Nonexempt

8. Financial Statements Required
☐ Executive Personnel Financial Disclosure ☒ Employment and Financial Interest

9. Subject to IA Action
☒ Yes ☐ No

10. Position Status
☒ Competitive
☐ Excepted *(Specify in Remarks)*
☐ SES (Gen.) ☐ SES (CR)

11. Position Is
☐ Supervisory
☐ Managerial
☒ Neither

12. Sensitivity
☐ 1--Non-Sensitive ☐ 3--Critical
☐ 2--Noncritical Sensitive ☐ 4--Special Sensitive

13. Competitive Level Code

14. Agency Use

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | CBP Officer (Course Developer/ Instructor) | GS | 1895 | 13 | RLR | |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| | | | | | | |

16. Organizational Title of Position *(if different from official title)*

17. Name of Employee *(if vacant, specify)*

18. Department, Agency, or Establishment
U.S. Department of Homeland Security

a. First Subdivision

b. Second Subdivision

c. Third Subdivision

d. Fourth Subdivision

e. Fifth Subdivision

19. Employee Review-This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee *(optional)*

20. **Supervisory Certification.** *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.*

a. Typed Name and Title of Immediate Supervisor

Signature — Date

b. Typed Name and Title of Higher-Level Supervisor or Manager *(optional)*
THOMAS J. WALTERS, Acting Assistant Commissioner
Office of Training and Development

Signature [signature] Date 5/7/04

21. **Classification/Job Grading Certification.** *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.*

Typed Name and Title of Official Taking Action
RONELLE L. ROTTERMAN, Supvy Human Resources Specialist, (Classification/ Compensation)

Signature [signature] Date 5-7-04

22. Position Classification Standards Used in Classifying/Grading Position

**Information for Employees.** The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

FLSA Determination: Administrative exemption

25. Description of Major Duties and Responsibilities *(See Attached)*

GS=S1221a

**Customs and Border Protection Officer**
**(Course Developer/ Instructor)**
**GS-1895-13**

**Introductory Statement:**

This position is located at various locations within U.S. Customs and Border Protection. The incumbent specializes in providing training on the use and enforcement of analytical and inspectional methods as they relate to passenger and cargo processing techniques, search, seizure and arrest procedures, as well as security measures. Additional training subjects include, but are not limited to, Spanish language proficiency, firearms proficiency, physical techniques, training and fitness, and canine handling training. Such specialized training is offered to trainee, journeyman, senior, and supervisory personnel of the U.S. Customs and Border Protection (CBP). Related training is also offered to personnel of other Department of Homeland Security (DHS) components, as well as the U.S. Military and other Federal, State, and Local agencies.
This position is at the full performance level.

**Major Duties and Responsibilities:**

Serves as an expert consultant in the broad specialty area of Customs and Border Protection activities, pertaining to basic, advanced, and continuing education and training. Develops original course plan and design for basic and advanced course concepts. Courses are unusually broad and cover highly complex inspectional and law enforcement material, in traditional as well as newly emerging or rapidly changing technical areas. Plans, develops, and implements curriculum for a broad range of educational programs that are non-standardized and/or where special problems or needs exist. Assesses program and course curriculum, content, and instructional materials to coordinate the development of course products. Resolves training matters that are controversial, complicated, or set general precedent; involve coordinating or negotiating matters of considerable consequence; or affect prominent and fundamental policy issues. Develops and applies new program methods, approaches, and technology.

Is responsible for classroom supervision and evaluation of students enrolled in basic, advanced, and specialized resident and non-resident training programs.

Provides Service-wide responsibility for modification of training program curricula. Reference sources and materials are often nonexistent, obsolete, or unorganized, requiring the instructor to carry out course-related original research.

Serves as technical expert in broad, complex law enforcement, anti-smuggling, and terrorist intervention subject areas. Instructor designs, develops, revises, and conducts courses comparable to graduate school levels. Courses are unusually broad and highly complex in nature and must frequently be established and implemented based on newly emerging needs.

Evaluates curricula for a significant organizational segment of the agency. Troubleshooting duties frequently require problem-solving, technical review, and leadership for the education and training organization. Resolves curriculum related problems that are often complicated, and require considerable research and coordination a specific subject-matter field. Provides highly specialized internal and external evaluation, complex statistical data, and/or course revision recommendations for review and use. Evaluates complex course assessment design procedures. Investigates new concepts and innovations applicable to evaluation efforts and to specific training and initiates proposals for pure and hybrid application to such training.

Determines the need for and generates surveys and studies. Independently plans and carries out projects from inception to conclusion. Work projects typically have a significant impact on a broad segment of the staff and student body in the education and training program that is evident throughout the agency. Products may radically change the training content or the education and training techniques and methods used in teaching certain subjects to specific segments of the student population. Recognized as an authoritative consultant planning and developing experimental programs, evaluating results, and using the findings in planning, developing, and installing new or modified programs.

Oversees, coordinates, and evaluates overall educational program activities and the implementation of basic department-wide guidelines, for a significant organizational segment of the agency. Coordinates and negotiates matters of considerable consequence, resolving conflict where they occur. Establishes and maintains professional contacts with leading educators, trainers, practitioners, researchers, and others in education and training institutions, research organizations, and industry.

Performs long-range planning and management of new substantive enforcement training programs where precedents are scarce or nonexistent. Reviews and analyzes enforcement training program planning for effectiveness and integration with agency plans. Collaborates in the formulation and development of enforcement training program objectives; and recommends changes in procedures, regulations, and instructions to improve effectiveness. Develops

guidance to be used for implementing criteria and evaluating preparedness based on exercises, plans, and training.

As an advisor to management, provides training budget management and oversight. Develops training budget estimates and justifications in consultation with senior management. Reviews, edits and consolidates training budget estimates drafted by others. Prepares and edits narrative justifications for projected funding needs. Performs detailed review of funds, making adjustments as required, such as the reprogramming of allotments, reallocation of budget. numbers, addition or deletion of temporary positions, and authorization to purchase equipment. Provides advice and consultation to management regarding training system/device acquisition or modification related to the interpretation of training requirements.

Performs other duties as assigned.

**Factor 1- 8 Knowledge Required by the Position, 1550 Points**

The position requires a mastery of law enforcement activities to apply experimental theories and new developments to training problems not susceptible to treatment by generally accepted methods and make decisions or recommendations significantly changing, interpreting, or developing important training policies and programs.

Expert knowledge of enforcement and inspection techniques involving new and innovative strategies, tactics, and methods in order to participate in planning and developing new Customs and Border Protection enforcement, inspection, investigation, and intelligence training courses.

Expert knowledge of instructional techniques, including, but not limited to, lecture, discussion, demonstration, examination, laboratory work, case studies. and practical exercises.

Expert knowledge of testing and evaluation procedures, including constructing test questions and administering and evaluating examinations.

Expert knowledge of the laws and regulations of the investigative, compliance, and inspection program area, including knowledge of a significant body of legal and/or administrative decisions, and the policies, patterns, and practices of regulated entities.

Expert knowledge of and skill to apply enforcement activities, including, but not limited to the inspection and examination of passengers and cargo entering the United States, the detection and apprehension of violators of Customs and Border Protection laws, the application of appropriate penalty action relative to

apprehended violators, the search of conveyances to include vehicles, vessels and aircraft, and the evaluation of intelligence information concerning smuggling.

Expert knowledge of various analytical and educational management concepts, principles, and practices of investigative, compliance, and inspection programs, and skill in applying this knowledge to difficult and complex work assignments, requiring the development of new methods, approaches, or procedures.

**Factor 2-4 Supervisory Controls, 450 Points**

The supervisor sets the overall objectives and resources available. The employee and supervisor, in consultation, develop deadlines, projects, and work to be done. The employee, having developed expertise in the line of work, is responsible for planning and carrying out the assignment, resolving most of the conflicts that arise, coordinating the work with others as necessary, and interpreting policy on own initiative in terms of established objectives. The employee determines the approach to be taken and the methodology to be used. The employee keeps the supervisor informed of progress and potentially controversial matters. Completed work is reviewed only from an overall standpoint in terms of feasibility, compatibility with other work, or effectiveness in meeting requirements or expected results.

**Factor 3-4 Guidelines, 450 Points**

Applicable policies and precedents are stated in general terms, and guidelines for performing the work are scarce or of limited use. The employee uses initiative and resourcefulness in deviating from traditional methods or researching trends and patterns to develop new methods, criteria, or proposed new policies.

**Factor 4-5 Complexity, 325 Points**

The work typically includes varied duties that require the accomplishment of many different and unrelated processes and methods related to the performance of investigative, inspection, or compliance-oriented operations or procedures as they relate to the training environment. Decisions regarding what needs to be done include the assessment of unusual circumstances, variations in approach, and incomplete or conflicting data. The work requires making many decisions concerning such things as interpretation of considerable data, planning of the instructional approach, or refinement of the methods and techniques to be used.

**Factor 5-5 Scope and Effect, 325 Points**

The purpose of the work is to isolate and define unknown conditions and critical training needs, resolve training related problems, and develop new training theories and methods. The work affects the work of other law enforcement

experts, or the development of major aspects of law enforcement, compliance, or inspection programs and missions.

**Factor 6-3 Personal Contacts, 60 Points**

The personal contacts are with individuals or groups from within and outside the employing agency in a moderately unstructured setting. For example, some contacts are not established on a routine basis; the purpose and extent of each contact is different; and the role and authority of each party is identified and developed during the course of the contact. Typical contacts are those with persons in their capacities as students, contractors; or representatives of professional organizations, the general public. Contacts are also with visiting dignitaries, foreign and domestic.

**Factor 7-3 Purpose of Contacts, 120 Points**

The purpose of contacts is to influence, motivate, and control persons and groups. The persons contacted may be skeptical and uncooperative. Therefore, the employee must be skillful in approaching the individual or group in order to obtain the desired effect, such as gaining compliance with established policies and regulations by persuasion and negotiation.

**Factor 8-2 Physical Demands, 20 Points**

Typically, there are periods of prolonged walking, standing, bending, and carrying of light items, such as papers, books, or small parts; or driving an automobile. The incumbent must be able to speak for long periods of time, up to eight hours per day.

**Factor 9-2 Work Environment, 20 Points**

The work environment involves moderate everyday risks or discomforts that require normal safety precautions typical of such places as offices, meeting and training rooms, libraries, residences, or commercial vehicles, e.g., use of safe work practices with office equipment, avoidance of trips and falls, observance of fire regulations and traffic signals. Some classes and practical exercises will be conducted outdoors in high and low temperature extremes and other adverse weather conditions.

**Special Requirements:**

The incumbent is required to carry a firearm, must qualify with and maintain proficiency in the use of the firearm, as well as approved non-deadly force devices.

Foreign language proficiency may be required.

Incumbent must possess and maintain a valid state driver's license.

## ADDENDUM

Incumbent must be proficient in one or more functional specialty areas. The supervisor should indicate the functional area(s) to which the incumbent is assigned.

CBP Laws and Regulations

The incumbent evaluates and implements new or draft CBP laws and regulations to determine the most effective method of meeting CBP training objectives. Revises course material to include up-to-date information, procedures, regulations and technical advances. Provides professional and technical information and advice on processes and procedures on the following:

Laws and regulations to control admission of persons into the U.S. to include the evaluation of passports, various categories of nonimmigrant visas, immigration classifications and derivations in the citizenship process. Laws and regulations relative to import/export inspection and control procedures such as examination, duty/tax collection, seizures, and penalties.

Laws and regulations to conduct agricultural risk analysis and cargo examination for quarantine diseases and pest collection. Laws and regulations pertaining to Anti-Terrorism and National Readiness Program.

Foreign Language (Spanish).

The incumbent designs, develops, revises, conducts, and evaluates a Spanish language training. Revises course material to include up-to-date information, procedures, regulations, and technical advances. Provides professional and technical information and advice on the Spanish language and culture of various Spanish-speaking countries. Must be highly skilled in detecting speech mannerisms and differences in attire and customs of various Spanish-speaking countries. Incumbent ensures that students are adequately trained to read, write, and speak the Spanish language, in accordance with CBP standards.

Firearms.

The incumbent designs, develops, revises, conducts, and evaluates firearms training. Revises course material to include up-to-date information, procedures, regulations, and technical advances. Provides professional and technical

information and advice on the various types and proper use of firearms, as well as other safety procedures relating to weapons and marksmanship. Incumbent ensures that students are adequately trained to meet the minimum CBP firearms qualification standards.

Canine Enforcement.

The incumbent designs, develops, revises, conducts, and evaluates new or experimental canine training programs to determine the most effective method of meeting CBP training objectives. Revises course material to include up-to-date information, procedures, regulations and technical advances. Provides professional and technical information and advice on canine enforcement training techniques. Is knowledgeable in canine handling and inspections for passengers, cargo, mail, anti-smuggling, trade products, and seized property.

Fitness and Search, Seizure, and Arrest Procedures.

The incumbent designs, develops, revises, conducts, and evaluates new or proposed physical education and arrest techniques and theories to determine the most effective method of meeting CBP training objectives. Revises course material to include up-to-date information, procedures, regulations, and technical advances. Provides professional and technical information and advice on exercise physiology; fitness; health; use of deadly force; use of less-than lethal tactics; search, seizure, and arrest methods; life saving methods such as cardiopulmonary resuscitation (CPR), self-defense and water safety; cardio vascular-cardio respiratory endurance; muscular strength and endurance; flexibility; and body composition. Incumbent ensures that students are adequately trained to meet the minimum CBP standards for each area tested.

Information Systems.

The incumbent designs, develops, revises, conducts, and evaluates new or proposed information technology systems training to determine the most effective method of meeting CBP training objectives. Revises course material to include up-to-date information, procedures, regulations, and technical advances. Provides professional and technical information and advice on information technology techniques. Is knowledgeable in CBP computer systems, operations, and applications such as the Treasury Enforcement Communications System (TECS), the Seized Vehicle Information System (SEVIS), the Central Index System (CIS), the Automated Commercial System (ACS), the United States-Visitor and Immigrant Status Indicator Technology (US-VISIT), and the National Automated Immigration Lookout System (NAILS).

**SUMMARY:**

OPM PCS for General Inspection, Investigation and Compliance Series, GS-1801, dated October 1980, TS-45.
OPM Position Classification Flysheet, General Education and Training Series, GS-1701, dated October 1991, TS-109
OPM Grade Evaluation Guide for Compliance Work, dated July 1991, TS-106
OPM Grade Level Guide for Instructional Work, dated March 1989, TS-90

**Evaluation Factors:**

| | |
|---|---|
| Factor 1, Level 1-8 | 1550 Points |
| Factor 2, Level 2-4 | 450 Points |
| Factor 3, Level 3-4 | 450 Points |
| Factor 4, Level 4-5 | 325 Points |
| Factor 5, Level 5-5 | 325 Points |
| Factor 6, Level 6-3 | 60 Points |
| Factor 7, Level 7-3 | 120 Points |
| Factor 8, Level 8-2 | 20 Points |
| Factor 9, Level 9-2 | 20 Points |
| Total | 3320 Points = GS-13 (3155 – 3600) |