# In the United States Court of Federal Claims

No. 05-248C

(Filed: September 5, 2007)

```
*********************************** *
                                    *
JONATHAN D. ASTOR, et al.,          *
                                    *
                 Plaintiffs,        *
                                    *
 v.                                 *
                                    *
THE UNITED STATES,                  *
                                    *
                 Defendant.         *
                                    *
*********************************** *
```

ORDER

As agreed by the parties, oral argument on the cross-motions for summary judgment will be held in the above-captioned case at the National Courts Building, 717 Madison Place, NW in Washington, DC on September 20, 2007 at 9:30 AM.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge