# In the United States Court of Federal Claims

No. 05-248C

(Filed: November 29, 2007)

************************************* *
*
JONATHAN D. ASTOR, et al., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************* *

SCHEDULING ORDER

On November 27, 2007, Plaintiffs filed a motion for reconsideration of the Court's ruling denying liquidated damages, in its November 13, 2007 opinion and order. For good cause shown, Plaintiffs' motion is GRANTED. Accordingly, the parties shall observe the following briefing schedule:

1. Plaintiffs' Brief in support of its liquidated damages claim is due by December 21, 2007;

2. Defendant's Response is due by January 11, 2008;

3. Plaintiffs' Reply is due by January 22, 2008.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge