IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JONATHAN ASTOR, ET. AL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-248C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO FILE JOINT STATUS REPORT

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims, defendant, the United States, respectfully requests an extension of time of thirty-two days, to and including January 14, 2008, in which to file the joint status report. This is defendant's first request for an enlargement of time for this purpose. On December 11, counsel for the plaintiffs, Molly Elkin, reviewed this motion and stated that plaintiffs do not oppose this motion.

On November 13, 2007, this Court denied the defendant's motion for summary judgment and granted the plaintiffs' motion for summary judgment. The Court's order required that the parties "consult and file a joint status report with the Court reflecting a calculation of damages for uncompensated overtime due each plaintiff to date." Slip. Op. at 23. Following the plaintiffs' motion for reconsideration on the issue of liquidated damages, on November 26, 2007, this Court ordered that the plaintiffs file a brief in support of its claim for liquidated damages no later than December 21, 2007 and that the defendant file its response brief no later than January 11, 2008.

In order to calculate damages, it was necessary to obtain and review updated leave and earning statements, monthly schedules, and other documents issued subsequent to the

defendant's last production of documents in mid-2006. Although defendant's counsel of record promptly notified the Federal Law Enforcement Training Center ("FLETC") of the Court's decision and of the need to produce these supplemental documents, FLETC was not able to produce the remaining leave and earnings statements until Monday, December 10, 2007. On that same date, defendant's counsel arranged for those documents to be marked protected pursuant to ¶ 2 of this Court's January 10, 2006 protective order, copied, and delivered by messenger to Ms. Elkin on December 11, 2007. That document production did not include travel records for the plaintiffs. FLETC is in the process of compiling those travel documents and will produce those documents to Ms. Elkin no later than Tuesday, December 18, 2007. Given this, the parties will be unable to calculate damages and consult with each other prior to the December 13, 2007 deadline.

Counsel for the plaintiffs anticipates that plaintiffs will be able to complete their calculations and submit them to counsel for the defendant by Friday, December 21, 2007. Counsel for the defendant anticipates that the defendant will complete its review of the proposed calculations no later than Monday, January 7, 2008. Counsel for both parties will then confer to resolve any potential disputes or differences. Thus, counsel for both parties anticipate that the joint status report, inclusive of a listing of plaintiffs' back pay calculations, will be filed by Monday, January 14, 2008.

For the reasons stated above, defendant respectfully requests that the Court grant this unopposed motion for an extension of time of thirty-two days in which to file the joint status report.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 305-7643

December 13, 2007

Attorneys for Defendant

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on December 13, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan