# In the United States Court of Federal Claims

No. 05-248C

(Filed: December 14, 2007)

```
*************************************** *
                                        *
JONATHAN D. ASTOR, et al.,              *
                                        *
                    Plaintiffs,         *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant.          *
                                        *
*************************************** *
```

ORDER

On December 13, 2007, counsel for Defendant filed with the Court an unopposed motion for extension of time in which to file its joint status report, to include a calculation of damages for Plaintiffs' uncompensated overtime. For good cause shown, Defendant's Motion is GRANTED. Counsel for the parties shall file a joint status report, including a listing of Plaintiffs' back pay calculations, by January 14, 2008.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge