IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JONATHAN D. ASTOR, et al. | ) | |
| | ) | Case No. 05-248C |
| | ) | |
| Plaintiffs, | ) | (Judge Wheeler) |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT REGARDING LIQUIDATED DAMAGES**

In accordance with the Court's November 29, 2007 Order, pursuant to Rule 56(a) of the Rules of the United States Court of Federal Claims ("RUSCFC"), and for the reasons set forth in the accompanying memorandum, plaintiffs respectfully move for summary judgment regarding their claim for liquidated damages. Based on the undisputed facts, plaintiffs are entitled to a mandatory award of liquidated damages on their Fair Labor Standards Act ("FLSA") overtime claims pursuant to 29 U.S.C. §216(b) because the defendant cannot prove that its failure to comply with the FLSA was based on both good faith and objectively reasonable grounds.

Respectfully submitted,

Dated: December 20, 2007

/s/Molly A. Elkin

Molly A. Elkin
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855

Counsel of Record

CERTIFICATE OF SERVICE

This is to certify that Plaintiffs' Motion for Summary Judgment Regarding Liquidated Damages was electronically filed on December 20, 2007. I understand that all parties will receive notice of this filing from the Court's electronic filing system.

/s/ Molly A Elkin
Molly A. Elkin