IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JONATHAN ASTOR, ET. AL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-248C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR A STAY OF PROCEEDINGS

The parties respectfully submit this joint motion for a stay in proceedings for seventeen (17) days, up to and including January 25, 2008, in order for the parties to explore possible settlement options. Pursuant to this Court's November 13, 2007 and December 14, 2007 orders, the parties' joint status report outlining the calculation of damages and fees is due January 14, 2008. Pursuant to this Court's November 28, 2007 order, the defendant's response to the plaintiffs' motion for summary judgment on the issue of liquidated damages is due January 11, 2008, and plaintiffs' reply brief is due January 22, 2008.

The plaintiffs have completed their calculation of back pay damages and have submitted them, as well as plaintiffs' calculation of attorney fees and costs, to the defendant for review. On January 7, 2008, counsel for both parties discussed the issues telephonically. As a result of those discussions, counsel for both parties believe that they may still be able to resolve all remaining issues without further involvement from this Court. Counsel for the plaintiffs has informally submitted to counsel for the defendant a proposed settlement agreement for consideration. To that end, the parties are requesting a stay of seventeen days, up to and including January 25, 2008. During this time, counsel for defendant, as well as counsel and management at FLETC

will review the proposal and determine whether a settlement is possible or appropriate. Counsel for the parties will determine whether a settlement is feasible no later than January 24, 2008. Counsel for the parties propose that they file a joint status report with the Court on January 25, 2008, informing the Court of their progress. For these reasons, the parties request that this Court stay the briefing schedule and other deadlines in this matter for a period of seventeen days, up to and including January 25, 2008, in order to provide time to the parties to determine whether settlement is feasible.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

S/Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 Fifteenth St., N.W.
Suite 400
Washington, D.C. 20005
Tele: (202) 833-8855
Fax: (202) 452-1090

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 305-7643

Attorney for Plaintiffs
January 9, 2008

Attorneys for Defendant

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on January 9, 2008, a copy of the foregoing "Joint Motion for a Stay of Proceedings" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan