IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JONATHAN ASTOR, ET. AL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-248C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

The parties respectfully submit this joint status report, pursuant to this Court's January 9, 2008 order granting a stay of proceedings. The parties sought a stay of proceedings to continue discussions to determine whether settlement of this matter is feasible. Since the Court's order, the parties have continued those discussions. Counsel for the defendant needs additional time to receive feedback and recommendations from the Office of General Counsel of the Department of Homeland Security. Counsel for the defendant anticipates that she will be able to hold those discussions shortly.

Accordingly, the parties propose that they file another status report on Thursday, January 31, 2008, informing the Court of any progress they have made. If, by that time, the parties determine that further settlement negotiations would not be fruitful, then the parties will propose a briefing schedule for the liquidated damages issue.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

S/Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 Fifteenth St., N.W.
Suite 400
Washington, D.C. 20005
Tele: (202) 833-8855
Fax: (202) 452-1090

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 305-7643

Attorney for Plaintiffs

Attorneys for Defendant

January 25, 2008

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on January 25, 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan