# In the United States Court of Federal Claims

No. 05-248C

(Filed: January 28, 2008)

```
*********************************** *
                                    *
JONATHAN D. ASTOR, et al.,          *
                                    *
                  Plaintiffs,       *
                                    *
 v.                                 *
                                    *
THE UNITED STATES,                  *
                                    *
                  Defendant.        *
                                    *
*********************************** *
```

ORDER

On January 25, 2008, counsel for the parties filed with the Court a Joint Status Report requesting a stay of proceedings for an additional 6 days while the parties continue to pursue a settlement.

For good cause shown, the parties' motion is GRANTED. All proceedings in this case shall be suspended until January 31, 2008, by which date the parties shall submit a Joint Status Report informing the Court of the progress of settlement discussions.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge