IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JONATHAN ASTOR, ET. AL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-248C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Defendant, the United States, respectfully submits this status report informing the Court of progress made regarding settlement. On January 31, counsel for both parties discussed the contents of this status report and counsel for the plaintiffs consented to the filing of this defendant's status report. Since the filing of the last status report, counsel for the defendant still has not yet been able to obtain all necessary feedback and comments from the agency to determine whether settlement is feasible.

Accordingly, the parties propose that, on February 14, 2008, the parties will file one of two pleadings. If the parties are able to reach a settlement in principle, the parties will file a joint status report to that effect. If the parties are unable to reach a tentative settlement, the United States will file its response to the plaintiffs' motion for summary judgment upon the issue of liquidated damages. The subsequent deadline for the plaintiffs' reply brief would be set in accordance with the Court's rules.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 305-7643

Attorneys for Defendant

January 31, 2008

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on January 31, 2008, a copy of the foregoing "Defendant's Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan