IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JONATHAN ASTOR, ET. AL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-248C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's order dated February 4, 2008, the parties respectfully submit this joint status report informing the Court of the progress of they have made regarding settlement. Since the last status report filed January 31, 2008, the parties have engaged in fruitful settlement negotiations and have agreed in principle to settle the matter. Counsel for the plaintiffs will present a formal settlement offer to the defendant shortly. Time is needed for counsel for the parties to obtain necessary approval and recommendations from their clients, as well as for counsel for the defendant to obtain authorization from the Attorney General's authorized representative to enter into a settlement agreement.

Accordingly, the parties request that this Court stay proceedings for an additional twenty-one (21) days, at which point the parties will submit a joint status report informing the Court of their progress.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON

Director

/S/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/S/Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 Fifteenth St., N.W.
Suite 400
Washington, D.C. 20005
Tele: (202) 833-8855
Fax: (202) 452-1090

Attorney for Plaintiffs

/S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 514-8624

Attorneys for Defendant

February 14, 2008

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on February 14, 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan