IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JONATHAN ASTOR, ET. AL, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-248C<br>(Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's order dated February 15, 2008, the parties respectfully submit this joint status report informing the Court of the progress of they have made regarding settlement. Since the last status report, the parties have continued to engage in fruitful settlement negotiations. Counsel for the plaintiffs has presented a formal settlement offer to the defendant. Additional time is needed for counsel for the defendant to prepare and submit appropriate recommendation memoranda to the Attorney General's authorized representative, who would possess authority to accept or decline plaintiffs' offer. Should the offer be accepted, counsel for the parties will need to reach agreement upon the terms of a written settlement agreement.

Accordingly, the parties request that this Court stay proceedings for an additional fourteen (14) days, at which point the parties will submit a joint status report informing the Court of their progress.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/S/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/S/Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 Fifteenth St., N.W.
Suite 400
Washington, D.C. 20005
Tele: (202) 833-8855
Fax: (202) 452-1090

Attorney for Plaintiffs

/S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 514-8624

Attorneys for Defendant

March 7, 2008

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on March 7, 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan