# In the United States Court of Federal Claims

No. 05-248C

(Filed: March 7, 2008)

| | |
|---|---|
| *********************************** | * |
| | * |
| JONATHAN D. ASTOR, et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | * |

ORDER

On March 7, 2008, counsel for Defendant filed with the Court a joint status report requesting a stay of proceedings for an additional 14 days while the parties continue to pursue a settlement.

For good cause shown, the parties' motion is GRANTED. All proceedings in this case shall be suspended until March 21, 2008, by which date the parties shall submit a joint status report informing the Court of the progress of settlement discussions.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge