# In the United States Court of Federal Claims

No. 05-248C

(Filed: March 24, 2008)

```
********************************** *
                                   *
JONATHAN D. ASTOR, et al.,         *
                                   *
                  Plaintiffs,      *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
                  Defendant.       *
                                   *
********************************** *
```

ORDER

On March 21, 2008, counsel for Defendant filed with the Court a joint status report requesting a stay of proceedings for an additional 14 days while the parties continue to pursue a settlement.

For good cause shown, the parties' motion is GRANTED. All proceedings in this case shall be suspended until April 4, 2008, by which date the parties shall submit a joint status report informing the Court of the progress of settlement discussions.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge