IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JONATHAN ASTOR, ET. AL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-248C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's order dated April 7, 2008, the parties respectfully submit this joint status report informing the Court of the progress of they have made regarding settlement. Counsel for the plaintiffs has presented a formal settlement offer to the defendant. Counsel for the defendant has prepared appropriate recommendation memoranda to the Attorney General's authorized representative, who possesses authority to accept or decline plaintiffs' offer. That recommendation continues to be reviewed by appropriate Department of Justice officials.

Accordingly, the parties request that this Court stay proceedings for an additional four (4) days, at which point the parties will submit a joint status report informing the Court of their progress.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/S/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/S/Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 Fifteenth St., N.W.
Suite 400
Washington, D.C. 20005
Tele: (202) 833-8855
Fax: (202) 452-1090

Attorney for Plaintiffs

/S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 514-8624

Attorneys for Defendant

April 14, 2008

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on April 14, 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan