# In the United States Court of Federal Claims

No. 05-248C

(Filed: April 15, 2008)

```
*********************************** *
                                    *
JONATHAN D. ASTOR, et al.,          *
                                    *
                 Plaintiffs,        *
                                    *
 v.                                 *
                                    *
THE UNITED STATES,                  *
                                    *
                 Defendant.         *
                                    *
*********************************** *
```

ORDER

On April 14, 2008, counsel for Defendant filed with the Court a joint status report requesting a stay of proceedings for an additional four days while the parties continue to pursue a settlement.

For good cause shown, the parties' motion is GRANTED. All proceedings in this case shall be suspended until April 21, 2008, by which date the parties shall submit a joint status report informing the Court of the progress of settlement discussions.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge