IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JONATHAN ASTOR, ET. AL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-248C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's order dated April 15, 2008, the parties respectfully submit this joint status report informing the Court of the progress of they have made regarding settlement. The settlement offer has been accepted by the United States and counsel for the parties have signed a settlement agreement. Counsel for the defendant will promptly submit the appropriate Judgment Fund documentation to the Department of the Treasury. Once the judgment has been paid, the parties will file a joint notice of dismissal of the case, pursuant to Rule 41. The parties propose that if they have not filed a joint notice of dismissal within thirty days, that they will file a joint status report on that date, informing the Court of the status.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/S/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/S/Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 Fifteenth St., N.W.
Suite 400
Washington, D.C. 20005
Tele: (202) 833-8855
Fax: (202) 452-1090

Attorney for Plaintiffs

/S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 514-8624

Attorneys for Defendant

April 21, 2008

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on April 21, 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan