# In the United States Court of Federal Claims

No. 05-248C

(Filed: April 22, 2008)

```
************************************ *
                                     *
JONATHAN D. ASTOR, et al.,           *
                                     *
                   Plaintiffs,       *
                                     *
 v.                                  *
                                     *
THE UNITED STATES,                   *
                                     *
                   Defendant.        *
                                     *
************************************ *
```

ORDER

On April 21, 2008, counsel for Defendant filed a joint status report informing the Court that a settlement offer has been accepted by the Department of Justice and that counsel for the parties have signed a settlement agreement in this case. Once the appropriate Judgment Fund documentation has been submitted to the Department of the Treasury and paid, the parties intend to file a joint notice of dismissal of this case pursuant to Rule 41. Accordingly, all proceedings in this case shall be suspended until May 22, 2008, by which date the parties shall submit a joint status report informing the Court of their progress if a joint notice of dismissal has not yet been filed.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge